**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

December 2, 2005

# NOTICE OF REASSIGNMENT

Re:   A. G. Et al v. Autauga Co. Board of Education et al
      Civil Action No.2:05cv1090-W

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:05cv1090-F.   This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk