AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA

A.G., D.A., A.L., M.K., and M.H.,

**SUBPOENA IN A CIVIL CASE**

V.

AUTAUGA CTY BOARD OF EDUCATION;
JOSEPH BUTLER & TERRY WRIGHT

Case Number:[1]

TO: Prattville Police Department
101 West Main Street
Prattville, Alabama 36067

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please produce any and all warrants, affidavits, complaints, incident reports, memorandums, investigative files and any documents, etc. regarding reports of abuse at Autuaga County Schools from October 1 through October 28, 2004 for Terry Cleveland Wright.

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Atty Plaintiffs | November 14, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Michael Crow, 218 Commerce Street, Montgomery, Alabama 36103-4160
(334) 269-2343

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number


EXHIBIT A

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | Prattville Police Dept |
| Voncile Driver | 11-16-05 | IN Person |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Bobby Mozingo | INV. |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   11-16-05
                    DATE

SIGNATURE OF SERVER: Bobby M__

ADDRESS OF SERVER: 218 Commerce St
Montg, AL 36103