# MCDOWELL, FAULK & MCDOWELL, L.L.C.
### ATTORNEYS AT LAW
### 145 WEST MAIN STREET
### PRATTVILLE, ALABAMA 36067

J. ROBERT FAULK
DAVID A. MCDOWELL

JOY PACE BOOTH

THERON O. MCDOWELL, JR
(1920 - 2002)

TELEPHONE
(334) 365-5924

FACSIMILE
(334) 365-6016

Robert@McDowellFaulk.com
David@McDowellFaulk.com
Joy@McDowellFaulk.com

November 17, 2005

Michael Crow, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P. O. Box 4160
Montgomery, Al. 36103-4160

RE: A.G., D.A., A.L., M.K., and M.H. vs. Autauga County Board
Of Education, Joseph Butler & Terry Wright 2:04-CV-1155

Dear Mr. Crow:

I, as City Attorney for the City of Prattville, am in receipt of your subpoena concerning Terry C. Wright, SSN: 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; DOB: 5/18/45. This is to inform you that the City of Prattville has an ongoing investigation concerning this matter. The City of Prattville opines that turning over investigative materials to plaintiff or defense counsel could jeopardize said investigation. Therefore, the City of Prattville is taking the position that we shall not be releasing any information to either side until said investigation is completed.

You do, however, have my word that at such time as an investigation is complete, any documentation which may be turned over to the Plaintiff's side would also be turned over to you as well. If you should have any questions, please do not hesitate to contact me.

Sincerely,

David A. McDowell

DAM/jb

EXHIBIT
B