IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A. G., a minor child, by and through her mother and next of friend, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. 2:05cv1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of plaintiffs' motion to compel (Doc. # 9), filed January 24, 2006, and for good cause, it is

ORDERED that the City of Prattville file a response to the motion on or before February 8, 2006.

The Clerk of Court is DIRECTED to provide a copy of this order to this third party by first class mail to the City Attorney, David McDowell, McDowell, Faulk & McDowell, L.L.C., 145 West Main Street, Prattville, AL 36067.

DONE, this 25th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE