THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; and TERRY WRIGHT, <br><br> Defendants. | CASE NO.: 2:05-CV-1090 |

## PLAINTIFFS' MOTION FOR ORDER FOR ISSUANCE OF SUBPOENA TO PRODUCE RECORDS

Plaintiffs, by and through their attorney of record, and would show the Court as follows:

1. It has become necessary for Plaintiffs to obtain and examine certain military records in the possession of the Custodian of Records of the National Personnel Records Group.

2. A subpoena demanding the production of the records is attached hereto as Exhibit "A".

3. The National Personnel Records Group will produce the documents pursuant "to the order of a court of competent jurisdiction." (Exhibit "B")

4.  Plaintiff submits that the United States District Court for the Middle District of Alabama is a "court of competent jurisdiction."

5.  Pursuant to the interpretation of the agency in question, a subpoena signed by a judge will qualify as an "order."

6.  Plaintiffs aver that this identical procedure has been followed in this Court in the past, most notably in *Savage v. Goodwill Industries of Central Alabama, Inc.*, CV-94-T-1541-N, in which Judge Thompson issued a separate order for production with which the National Personnel Records Center complied and *Swanson v. Civil Air Patrol*, CV-98-A-223-N, Magistrate Cooley issued an Order for the production of records.

WHEREFORE, the premises considered, Plaintiffs prays that the Court will issue the attached proposed Order or, in the alternative at the Court's discretion, sign the attached subpoena so that Plaintiffs may cause it to be served by first-class mail on the National Personnel Records Center.

/s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

        /s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy of the same in the U.S. Mail, first class postage prepaid, on this the 30th day of January, 2006.

        /s/Michael J. Crow
OF COUNSEL

Terry Wright
1268 Plum Street
Prattville, Alabama 36066

Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Birmingham, Alabama 35238-2886

3

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H.,<br><br>    Plaintiffs,<br><br>v.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; and TERRY WRIGHT,<br><br>    Defendants. | CASE NO.: 2:05-CV-1090 |

## ORDER

This action is pending before the court on Plaintiffs motion for order directed to the National Personnel Records Center to produce to Plaintiffs attorney certain documents relating to the military service of Terry C. Wright, a defendant in the above-captioned action.

The court having considered the matter has concluded that Plaintiff's motion is well taken and due to be granted. Accordingly, it is

ORDERED that Plaintiff's motion is GRANTED. The National Personnel Records Center is ordered to produce to the law offices of Beasley, Allen, Crow,

Methvin, Portis & Miles, P.C., Post Office Box 4160, Montgomery, Alabama 36103-4160, the following documents:

> Any and all records either in your possession, or to which you have access, of the service in the United States Air Force of Terry Wright, SSN 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, DOB May 18, 1945, including his entire personnel file, particularly including but not limited to all records and documents that show the duty stations, the dates of service at those duty stations and the jobs, positions and titles, training received and badges and decorations awarded to him, periodic evaluations, promotions, demotions, complaints, grievances, investigations, reprimands, Article 15 violations UCMJ, or any document by whatever designation, whether memorandums, emails and/or reports concerning Mr. Wright's conduct while in the USAF from 1967-1990.

_____
UNITED STATES DISTRICT JUDGE
MARK FULLER

Michael J. Crow
Beasley, Allen, Crow, Methvin,
 Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

Terry Wright
1268 Plum Street
Prattville, Alabama 36066

Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Birmingham, Alabama 35238-2886