THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H.,

    Plaintiffs,

v.

AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; and TERRY WRIGHT,

    Defendants.

CASE NO.: 2:05-CV-1090

## CIVIL SUBPOENA FOR PRODUCTION OF DOCUMENTS

TO:  Custodian of Records
National Personnel Records Group
9700 Page Boulevard
St. Louis, Missouri 63132-5100

You are hereby commanded to do the following act at the requset of the Plaintiff and by Order of the Court, within Thirty (30) days after service of this subpoena.

Certify and produce by mailing copies of the following documents to the law offices of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., Post Office Box 4160, Montgomery, Alabama 36103-4160:

> Any and all records either in your possession, or to which you have access, of the service in the United States Air Force of Terry Wright, SSN 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, DOB May 18, 1945, including his entire personnel file, particularly including but not limited to all records and documents that show the duty stations, the


EXHIBIT A

dates of service at those duty stations and the jobs, positions and titles, training received and badges and decorations awarded to him, periodic evaluations, promotions, demotions, complaints, grievances, investigations, reprimands, Article 15 violations UCMJ, or any document by whatever designation, whether memorandums, emails and/or reports concerning Mr. Wright's conduct while in the USAF from 1967-1990.

The Plaintiff agrees in advance to be responsible for any reasonable costs incurred by you in copying the requested documens.

You have the right to object at any time prior to the date set forth in this subpoena for compliance. Should you choose to object, you should communicate such objection in writing to the below named attorney and stating, with respect to any items or category to which objection is made, your reasons for such objection.

December 15, 2015
DATE

By: _____
MICHAEL J. CROW
Attorney for Plaintiff
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

### RETURN ON SERVICE

Received this subpoena at _____ on _____ and on _____ at _____ I served it on the within named _____ by delivering a copy to _____.

Dated: _____, 2005.

_____
Process Server

2