BOARDMAN, CARR & HUTCH   Fax:2056780000   Jan 25 2006 8:42   P.06
Case 2:05-cv-01090-MEF-SRW   Document 14-2   Filed 02/07/2006   Page 1 of 2
Case 2:05-cv-01090-MEF-SRW   Document 9   Filed 01/24/2006   Page 1 of 2

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

A.G., D.A., A.L., M.K., and M.H.,

V.

AUTAUGA CTY BOARD OF EDUCATION;
JOSEPH BUTLER & TERRY WRIGHT

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]

TO: Prattville Police Department
101 West Main Street
Prattville, Alabama 36067

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please produce any and all warrants, affidavits, complaints, incident reports, memorandums, investigative files and any documents, etc. regarding reports of abuse at Autauga County Schools from October 1 through October 28, 2004 for Terry Cleveland Wright.

| PLACE | DATE AND TIME |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| /s/ Michael Crow    Atty Plaintiffs | November 14, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael Crow, 218 Commerce Street, Montgomery, Alabama 36103-4160
(334) 269-2343

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number

**EXHIBIT A** (All-State Legal)

BOARDMAN CARR & HUTCH  Fax:2056780000  Jan 25 2006 8:45  P.07
Case 2:05-cv-01090-MEF-SRW  Document 14-2  Filed 02/02/2006  Page 2 of 2
Case 2:05-cv-01090-MEF-SRW  Document 9  Filed 01/24/2006  Page 2 of 2

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 11-16-05 | Prattville Police Dept |

SERVED ON (PRINT NAME): Voncile Driver

MANNER OF SERVICE: IN Person

SERVED BY (PRINT NAME): Bobby Mozingo

TITLE: Inv.

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   11-16-05
                  DATE

SIGNATURE OF SERVER: Bobby M__

ADDRESS OF SERVER: 218 Commerce St
Montg AL 36103