```
ACRO370            ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2005 000113.00
OPER: DEH                    CASE ACTION SUMMARY
PAGE:   1                    CIRCUIT   CRIMINAL              RUN DATE: 03/20/2005
=================================================================================
IN THE CIRCUIT COURT OF AUTAUGA                                       JUDGE: BAF

STATE  OF  ALABAMA                    VS      WRIGHT TERRY C
                                              1268 PLUM ST
CASE: CC 2005 000113.00
                                              PRATTVILLE, AL  36066 0000

DOB: 05/18/1945          SEX: M  RACE: W  HT: 6 04  WT: 185    HR: GRY EYES: BRO
SSN: 416601247  ALIAS NAMES:
=================================================================================
CHARGE01: SEXUAL ABUSE 1ST      CODE01: SXA1  LIT: SEXUAL ABUSE 1 TYP: F #: 008
CHARGE02: HARASSMENT            CODE02: HARA                     TYP: M #: 003
CHARGE03: PORN POSS MATERIAL M  CODE03: PMIO                     TYP: F #: 001
OFFENSE DATE: 10/29/2004                AGENCY/OFFICER: 0040000 HARRY

DATE  WAR/CAP ISS:                      DATE ARRESTED: 02/15/2005
DATE     INDICTED:                      DATE   FILED: 02/15/2005
DATE    RELEASED: 02/15/2005            DATE HEARING:
      BOND AMOUNT:     $20,000.00 S       SURETIES: MAXIE'S AFFORDABLE B

DATE 1: 04/07/2005  DESC: PLEA           TIME: 0900 A
DATE 2: 05/16/2005  DESC: JTRL           TIME: 0830 A

TRACKING NOS: DC 2004 001260 00  /                       /

   DEF/ATY: POOL JIMMY B           TYPE: R
            P O BOX 1709                                          TYPE:

        MONTGOMERY      AL 36102                        00000

PROSECUTOR: GOGGANS JAMES GLENN


=================================================================================
OTH CSE: DC200400126000 CHK/TICKET NO:                 GRAND JURY:
COURT REPORTER: --------------  SID NO:      000000000
DEF STATUS: BOND               DEMAND:                       OPER: DEH
=================================================================================
  TRANS DATE    ACTIONS, JUDGEMENTS, AND NOTES                          OPE
---------------------------------------------------------------------------------
| 02/11/2005 | INDICTMENT                                             | DPE |
|------------|--------------------------------------------------------|-----|
| 02/14/2005 | VERDICT - INDICTMENT SEALED, BOND SET AT $20,000       | DEH |
|------------|--------------------------------------------------------|-----|
| 02/15/2005 | CAPIAS, BONDS, ALABAMA UNIFORM ARREST REPORT           | DEH |
|------------|--------------------------------------------------------|-----|
| 02/15/2005 | ARRAIGNMENT LETTER MAILED                              | DEH |
|------------|--------------------------------------------------------|-----|
| 02/28/2005 | PLEA OF NOT GUILTY & WAIVER OF ARRAIGNMENT FILED       | DEH |
|------------|--------------------------------------------------------|-----|
| 02/28/2005 | MOTION FOR RETURN OF PROPERTY FILED                    | DEH |
|------------|--------------------------------------------------------|-----|
| 02/28/2005 | MOTION FOR DISCOVERY FILED                             | DEH |
|------------|--------------------------------------------------------|-----|
| 03/16/2005 | ORDER AT ARRAIGNMENT FILED - COPY TO ATTY & DEFT       | DEH |
|------------|--------------------------------------------------------|-----|
| 03/20/2005 | CASE ACTION SUMMARY PRINTED               (AR08)       | DEH |
```

| 4-7-05 | Plea is continued to 9-22-05 at 9:00am. Bg |
| 4-14-05 | Notice to DA, Atty & Deft for 9-22-05 & 11-28-05 |
| 9-22-05 | Plea held open until 11-7-05 at 9:00am. Bg |
| 9-26-05 | Notice to DA, Atty, Deft |
| 11-7-05 | Plea is continued to April 20, 2006 at 9:00am. Bg |

EXHIBIT

B

ALL-STATE LEGAL