## 2006 AUTAUGA COUNTY CIRCUIT CRIMINAL DOCKET

|               | BUSH     | FULLER   | REYNOLDS |
|---------------|----------|----------|----------|
| GRAND JURY    |          | 2/13/06  |          |
| ARRAIGNMENT   |          | 3/15/06  |          |
| YO & PLEA     | 4/11/06  | 4/20/06  | 4/25/06  |
| SENTENCING    | 5/10/06  | 5/18/06  | 6/7/06   |
| TRIALS        | 5/22/06  | 5/22/06  | 6/26/06  |
|               |          |          |          |
| GRAND JURY    |          |          | 8/14/06  |
| ARRAIGNMENT   |          |          | 9/12/06  |
| YO & PLEA     | 10/11/06 | 10/2/06  | 10/5/06  |
| SENTENCING    | 11/8/06  | 11/1/06  | 11/21/06 |
| TRIALS        | 12/11/06 | 12/11/06 | 12/4/06  |

ARRAIGNMENT    9:00 A.M.
  ALL YOUTHFUL OFFENDER APPLICANTS MUST APPEAR
  ADULT WAIVERS ARE GREATLY APPRECIATED

PLEA DAY / YO DETERMINATION    9:00 A.M.
  ALL DEFENDANTS MUST APPEAR

TRIALS    8:30 A.M.



EXHIBIT C