STATE OF ALABAMA )
AUTAUGA COUNTY )

### AFFIDAVIT OF GLENN GOGGANS
### ASSISTANT DISTRICT ATTORNEY OF AUTAUGA COUNTY, ALABAMA

Personally appeared before me on this date, Glenn Goggans, Assistant District Attorney of Autauga County, Alabama, and states under oath as follows:

I am the Chief Deputy District Attorney for the Nineteenth Judicial Circuit of the State of Alabama. I am prosecuting the criminal case, <u>State v. Terry Cleveland Wright</u>, CC-2005-113-F. The case is set for plea date on April 20, 2006, and set for trial on May 22, 2006.

Requiring the City of Prattville to turn over any information obtained in the criminal investigation of Terry Cleveland Wright, would be detrimental to the prosecutions's case, and could jeopardize the outcome.

DATED: February 3, 2006.

_____
GLENN GOGGANS
Chief Assistant District Attorney for the
Nineteenth Judicial Circuit of Alabama

Sworn to and subscribed before me this the 3rd day of February, 2006.

_____
Notary Public
My Commission Expires: 3/17/08

(SEAL)



EXHIBIT
D