IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. G., a minor child, by and through her mother and next of friend, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of plaintiffs' motion to compel (Doc. # 9), filed January 24, 2006, and non-party City of Prattville's motion to quash (Doc. # 14), filed February 7, 2006, which the court construes as a response to the motion to compel, and for good cause, it is

ORDERED that the motion to compel is GRANTED in part. The City of Prattville is DIRECTED to produce the requested documents *in camera* and under seal to the undersigned on or before March 3, 2006. In all other respects, the motion is DENIED.

The Clerk of Court is DIRECTED to provide a copy of this order to this third party by first class mail to the City Attorney, David McDowell, McDowell, Faulk & McDowell, L.L.C., 145 West Main Street, Prattville, AL 36067.

DONE, this 14th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE