IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. G., a minor child, by and through her mother and next of friend, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of plaintiffs' motion for order for issuance of subpoena to produce records (Doc. # 12), filed January 30, 2006, and for good cause, it is

ORDERED that the Custodian of Records, National Personnel Records Group, file a response to the motion on or before February 21, 2006.

The Clerk of Court is DIRECTED to provide a copy of the motion and this order by first class mail to Custodian of Records, National Personnel Records Group, 9700 Page Boulevard, St. Louis, Missouri 63132-5100.

DONE, this 14th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE