RECEIVED
2006 FEB 24  P 2: 02
P. HACKETT, CL.
DISTRICT COURT
MIDDLE DISTRICT AL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | |
|---|---|
| A. G., a minor child, by and through her mother and next of friend, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) CASE NO. 2:05cv1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF COMPLIANCE WITH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

COMES NOW the City of Prattville, a municipal corporation, by and through their attorney in fact, and files this Notice of Compliance and Motion for Protective Order, and for grounds shows as follows:

1. This Honorable Court entered an Order dated February 14, 2006 requiring the City of Prattville to produce the requested documents under seal for an in-camera review by this Court on or before March 3, 2006. The purpose of this document is to inform the Court that it has complied with its Order, and delivered the documents under seal to the Judge's Office personally.

2. That the City would aver that because of the sensitive and confidential nature of the documents, counsel for same deemed it best to hand deliver the documents to this Honorable Court for its in-camera review.

3. The City of Prattville would also renew its request to enter a Protective Order, after this Court has conducted its in-camera review.

WHEREFORE, the premises considered, the City of Prattville respectfully requests this Honorable Court to issue a Protective Order as it relates to the documents submitted, per this Court's Order, of February 14, 2006, and prays for such other, further and different relief to which they may be entitled in the premises.

_____
DAVID A. MCDOWELL
Attorney for City of Prattville, a municipal corporation

McDowell, Faulk & McDowell, LLC
145 West Main Street
Prattville, Al. 36067
(334)365-5924

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 23rd day of February, 2006, served a copy of the foregoing upon counsel of record, as set out below, by placing same in the U. S. Mail, postage prepaid and properly addressed to each.

_____
Of Counsel

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P. O. Box 4160
Montgomery, AL. 36103-4160

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL. 36532

Terry Wright
1268 Plum Street
Prattville, AL. 36066

Mark Boardman
Boardman, Carr & Hutcheson, PC
P. O. Box 382886
Birmingham, AL. 35238-2886