IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A. G., a minor child by and through her mother and next friend, K.C., et al., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   CIVIL ACTION NO. 2:05cv1090-MEF<br>) |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Upon consideration of non-party City of Prattville's motion for protective order (Doc. # 17), filed February 24, 2006, and the documents filed *in camera* in response to plaintiff's motion to compel (Doc. # 9), and for good cause, it is

ORDERED that a telephone conference on the record is scheduled for 8:45 a.m. on March 8, 2006.  Counsel for the plaintiffs is DIRECTED to set up the conference call.  All counsel of record and counsel for the City of Prattville shall be included on the conference call.

DONE, this 2nd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE