IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. G., a minor child by and through her mother and next friend, K.C., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1090-MEF WO |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER ON MOTIONS

This action is pending before the court on plaintiffs' motion for order directed to the National Personnel Records Center to produce to plaintiffs' attorney certain documents relating to the military service of Terry C. Wright, a defendant in the above-captioned action. There has been no response to the court's order (Doc. # 16) for National Personnel Records Group to file a response to plaintiffs' motion for order for issuance of subpoena to produce records (Doc. # 12).

The court, having considered the matter, has concluded that plaintiffs' motion is well taken and due to be granted. Accordingly, it is

ORDERED that plaintiffs' motion be and hereby is GRANTED. The National Personnel Records Center is DIRECTED to produce to the law offices of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., Post Office Box 4160, Montgomery, Alabama 36103-4160 the following documents:

      Any and all records either in your possession, or to which you have access, of the service in the United States Air Force of Terry Wright, SSN ▮▮▮▮▮▮▮▮, DOB ▮▮▮▮▮▮▮▮ including his entire personnel file, particularly including but not limited to all records and documents that show the duty stations, the dates of service at those duty stations and the jobs, positions and titles, training received and badges and decorations awarded to him, periodic evaluations, promotions, demotions, complaints, grievances, investigations, reprimands, Article 15 violations UCMJ, or any document by whatever designation, whether memorandums, emails and/or reports concerning Mr. Wright's conduct while in the USAF from 1967-1990.

DONE, this 2nd day of March, 2006.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE