IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

RECEIVED
2006 MAR -3  P 1: 58

DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| A. G., a minor child, by and through her mother and next of friend, et al., | ) ) ) |
| Plaintiffs, | ) |
| vs. | ) CASE NO. 2:05cv1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) ) |
| Defendants. | ) |

## MOTION TO CONTINUE TELEPHONE CONFERENCE

COMES NOW the non-party, CITY OF PRATTVILLE, and moves this Honorable Court to reschedule the telephone conference call presently set for March 8, 2006 at 8:45 a.m., to a later date and time, and as grounds therefore, states as follows:

1. David A. McDowell, counsel for the City of Prattville will be out of state (Nashville, Tennessee) on that date and time. His partner Robert Faulk, will be at a hearing in Elmore County beginning at 9:00 a.m., and his associate attorney Joy Booth will be prosecuting in Prattville Municipal Court beginning at 8:00 a.m. on that date. Counsel for City of Prattville will return late on March 8th, and has hearings scheduled in Autauga County on March 9th. That counsel for City of Prattville merely requests the telephone conference be held on or after March 10, 2006.

2. David A. McDowell has contacted Plaintiff's counsel, Michael Crow, and he indicated that he does not object to said continuance.

3. That no counsel or party shall be prejudiced by such a continuance.

WHEREFORE, the premises considered, counsel prays that this Honorable Court will reschedule the telephone conference for another date and time.

Respectfully submitted,

DAVID A. McDOWELL (MCD037)
Attorney for City of Prattville, a non-party

McDowell, Faulk & McDowell, LLC
145 West Main Street
Prattville, AL. 36067
(334)365-5924

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 3 day of March, 2006, served a copy of the foregoing upon counsel of record, as set out below, by placing same in the U. S. Mail, postage prepaid and properly addressed to each.

Of Counsel

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P. O. Box 4160
Montgomery, AL. 36103-4160

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL. 36532

Terry Wright
1268 Plum Street
Prattville, AL. 36066

Mark Boardman
Boardman, Carr & Hutcheson, PC
P. O. Box 382886
Birmingham, AL. 35238-2886