IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. G., a minor child by and through her mother and next friend, K.C., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1090-MEF WO |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of non-party City of Prattville's motion to continue telephone conference (Doc. # 20), filed March 3, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The telephone conference call previously scheduled for March 8, 2006 is rescheduled to March 28, 2006 at 8:45 a.m. on the record. Counsel for the plaintiffs is DIRECTED to set up the telephone conference call.

The Clerk of Court is DIRECTED to provide a copy of this order by first class mail to the City Attorney, David McDowell, McDowell, Faulk & McDowell, L.L.C., 145 West Main Street, Prattville, AL 36067.

DONE, this 7th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE