MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE        AT MONTGOMERY, ALABAMA

DATE COMMENCED: March 28, 2006            AT    8:48 a.m.

DATE COMPLETED: March 28, 2006            AT    9:12 a.m.

   2:05-cv-01090-MEF-SRW A.G. et al v. Autauga Co. BOE et al

      Michael J. Crow representing A.G.; D. A.; A. L.; M. K.; M.H. (Plaintiffs)

      Katherine C. Hortberg representing Autauga County Board of Education; Joseph L. Butler (Defendants)

      PRO SE Terry Wright (Defendant)

      David A. McDowell representing City of Prattville Police Department (Interested Party)

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:

TELEPHONE CONFERENCE

NON-PARTY CITY OF PRATTVILLE'S MOTION FOR PROTECTIVE ORDER (DOC. #17)

AND DOCUMENTS FILED *IN CAMERA* IN RESPONSE TO PLAINTIFF'S

MOTION TO COMPEL

| | |
|---|---|
| 8:48 a.m. | Court convenes |
| | Discussions regarding how this case and another case filed against Autauga County Board of Education are related. |
| 8:49 a.m. | Court's statements regarding investigative file of Terry Wright. |
| 8:50 a.m. | Mr. Crowe's discussions regarding discovery from Prattville Police Department. |
| 8:52 a.m. | Mr. McDowell's response regarding discovery request from Prattville Police Department. |
| 8:53 a.m. | Court's questions to Mr. McDowell regarding disclosure of material. |
| 8:54 a.m. | Mr. McDowell's response. |
| 8:55 a.m. | Mr. Crowe states that Mr. Wright is also on the telephone conference. |

## CONTINUATION OF PROCEEDINGS:

|  |  |
|---|---|
|  | Mr. Wright has counsel in criminal case but not in this civil case. |
| 8:56 a.m. | Court's questions to Mr. Wright. |
|  | Mr. Wright's response. |
| 8:57 a.m. | Mr. McDowell's further response regarding discovery. |
|  | Discussions regarding trial date and plea date in Mr. Wright's criminal case. |
| 8:58 a.m. | Court's discussion with counsel as to jurisdiction of this case being a federal question and not diversity. |
| 8:59 a.m. | Mr. Crowe's statements regarding discovery deadlines and depositions to be taken. |
| 9:02 a.m. | Court directs Mr. McDowell to designate for the court "in camera" which documents in the investigative file that are responsive to the subpoena. Designation of documents to be provided to the court on or before April 11, 2006. |
| 9:08 a.m. | Court's questions and counsel's responses regarding identities of person involved in case. Court's question and counsel's response if information sought can be gotten through other sources. |
| 9:11 a.m. | Court's further statements to Mr. McDowell regarding designation of materials in investigative file through Oct 28 to be provided to the court by close of business on April 11, 2006. |
| 9:12 a.m. | Court recessed. |