IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

RECEIVED
2006 APR 18 P 3:41

HACKETT
DISTRICT COURT
MIDDLE DISTRICT AL

| | |
|---|---|
| A. G., a minor child, by and through her mother and next of friend, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 2:05cv1090-MEF ) |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME
## TO DESIGNATE DOCUMENTS RESPONSIVE TO SUBPOENA

COMES NOW the City of Prattville, a municipal corporation, by and through their attorney of fact, and moves this Honorable Court to allow the City of Prattville a one week extension of time to designate certain documents in response to the subpoena issued on November 1, 2005 by attorney for Plaintiffs, and as grounds therefore states as follows:

1. The Attorney for the City of Prattville's office was damaged in the fire in downtown Prattville, and was out of service for a week having to relocate to another office.

WHEREFORE, City of Prattville, a municipal corporation, prays this Honorable Court sets the date of April 18, 2006, as the time within which to respond to subpoena.

Respectfully submitted,

_____
DAVID A. McDOWELL (MCD037)
Attorney for City of Prattville, a non-party

McDowell, Faulk & McDowell, LLC
145 West Main Street
Prattville, AL. 36067
(334)365-5924

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 18th day of April, 2006, served a copy of the foregoing upon counsel of record, as set out below, by placing same in the U. S. Mail, postage prepaid and properly addressed to each.

Of Counsel

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P. O. Box 4160
Montgomery, AL. 36103-4160

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL. 36532

Terry Wright
1268 Plum Street
Prattville, AL. 36066

Mark Boardman
Boardman, Carr & Hutcheson, PC
P. O. Box 382886
Birmingham, AL. 35238-2886