IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

RECEIVED
2006 APR 18 P 3:41

T. HACKETT
DISTRICT COURT
MIDDLE DISTRICT AL

| | |
|---|---|
| A. G., a minor child, by and through her mother and next of friend, et al., ) ) ) Plaintiffs, ) ) vs. ) ) AUTAUGA COUNTY BOARD ) OF EDUCATION, et al., ) ) Defendants. ) | CASE NO. 2:05cv1090-MEF |

## MOTION FOR EXTENSION OF TIME
## TO DESIGNATE DOCUMENTS RESPONSIVE TO SUBPOENA

COMES NOW the City of Prattville, a municipal corporation, by and through their attorney of fact, and moves this Honorable Court to allow the City of Prattville a one week extension of time to designate certain documents in response to the subpoena issued on November 1, 2005 by attorney for Plaintiffs, and as grounds therefore states as follows:

1. The Attorney for the City of Prattville's office was damaged in the fire in downtown Prattville, and was out of service for a week having to relocate to another office.

WHEREFORE, City of Prattville, a municipal corporation, prays this Honorable Court sets the date of April 18, 2006, as the time within which to respond to subpoena.

Respectfully submitted,

**MOTION GRANTED**
THIS 21st DAY OF April, 2006

_____
UNITED STATES MAGISTRATE JUDGE

_____
DAVID A. McDOWELL (MCD037)
Attorney for City of Prattville, a non-party