**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **A.G., a minor child; D.A., a minor child;** | ) | |
| **A.L., a minor child; M.K., a minor child;** | ) | |
| **and M.H., a minor child;** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | **CASE NO:  2:05-CV-1090-W** |
| **VS.** | ) | |
| | ) | |
| **AUTAUGA COUNTY BOARD OF** | ) | |
| **EDUCATION; JOSEPH BUTLER** | ) | |
| **and TERRY WRIGHT,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**MOTION FOR QUALIFIED HIPAA PROTECTIVE ORDER**

COME NOW defendants Autauga County Board of Education and Joseph L. Butler, and respectfully move this Court for a Qualified HIPAA Protective Order.  In further support of this motion, the defendants state as follows:

1.    In their complaint, plaintiffs allege that the defendants' actions led to various medical and psychological damage to the minor plaintiffs.

2.    In plaintiffs' interrogatory responses, plaintiffs identify several treating physicians of the minor plaintiffs.

3.    In order to properly defend against plaintiffs' claims of emotional damages in this case, defendants respectfully request that they be allowed to obtain the minor plaintiffs' medical records.  However, in order to do so, defendants request that such documents be protected under a Qualified HIPAA Protective Order.

4.    Defendants have attached to this motion a Proposed Order for the Court's review, which has been agreed to by plaintiffs' counsel.

WHEREFORE, PREMISES CONSIDERED, defendants Autauga County Board of Education and Joseph L. Butler respectfully move for a HIPAA Protective Order.

Respectfully submitted,

*s/Mark S. Boardman*
Mark S. Boardman (ASB-8572-B65M)
*E-mail: mboardman@boardmancarr.com*
Katherine C. Hortberg (ASB-5374-B34K)
*E-mail: khortberg@boardmancarr.com*
Counsel for defendants Autauga County Board of
Education and Joseph L. Butler
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile: (205) 678-0000

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **28th** day of **April, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Mr. Terry Wright
1268 Plum Street
Prattville, AL 36066

*s/Mark S. Boardman*
Of Counsel