IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child; <br><br> PLAINTIFFS, <br><br> VS. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH BUTLER and TERRY WRIGHT, <br><br> DEFENDANTS. | ) ) ) ) ) ) ) CASE NO: 2:05-CV-1090-W ) ) ) ) ) ) ) ) |

**MOTION FOR ENTRY
OF AN AGREED PROPOSED PROTECTIVE ORDER**

COME NOW defendants Autauga County Board of Education and Joseph L. Butler, and respectfully move for entry of the attached proposed Protective Order. In further support of this Motion, the defendants state as follows:

1. The parties agree that a protective order should be in place since the plaintiffs are only identified by their initials in the Complaint and their names or other identifying information may need to be disclosed during this case.

2. Further, a Protective Order will need to be entered in order for the Autauga County Board of Education or any employee to disclose any information or records on any minor plaintiff student, pursuant to the Family Education Rights and Privacy Act (Buckley Amendment), 20 U.S.C. § 1232(g).

3. Attached to this motion is the agreed upon proposed protective order.

WHEREFORE, PREMISES CONSIDERED, the defendants respectfully request entry of the

attached agreed upon proposed protective order.

                                      Respectfully submitted,
                                      *s/Mark S. Boardman*
                                      Mark S. Boardman (ASB-8572-B65M)
                                      Katherine C. Hortberg (ASB-5374-B34K)
                                      Counsel for the Autauga County Board of
                                      Education and Joseph L. Butler
                                      BOARDMAN, CARR & HUTCHESON, P.C.
                                      400 Boardman Drive
                                      Chelsea, Alabama 35043-8211

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this **28th** day of **April, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael J. Crow, Esq.<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>P. O. Box 4160<br>Montgomery, Alabama 36103-4160 | Robert D. Drummond, Jr., Esq.<br>323 De La Mare Avenue<br>Fairhope, Alabama 36532<br><br>Mr. Terry Wright<br>1268 Plum Street<br>Prattville, AL 36066 |

                                      *s/Mark S. Boardman*
                                      Of Counsel