THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., <br><br>Plaintiffs, <br><br>v. <br><br>AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; and TERRY WRIGHT, <br><br>Defendants. | CASE NO.: 2:05-CV-1090-MEF |

### PLAINTIFF'S RESPONSE TO PRATTVILLE POLICE DEPARTMENT'S MOTION TO QUASH

Plaintiff's, A.G., D.A., A.L., M.K. and M.H., request the court to enter an Order requiring the Prattville Police Department to produce any and all records concerning the investigation of all incidents concerning Terry Wright.

As grounds for their motion, they would show the following:

1. The issue raised by the Prattville Police Department is now moot, since Terry Wright pled guilty to six (6) felony counts of sexual abuse on April 28, 2006.

/s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

                                                /s/Robert D. Drummond
                                             ROBERT D. DRUMMOND (DRU004)
                                             Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

2

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy of the same in the U.S. Mail, first class postage prepaid, on this the 28th day of April, 2006.

                                            /s/Michael J. Crow
                                            OF COUNSEL

Terry Wright
1268 Plum Street
Prattville, Alabama 36066

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

David McDowell
145 West Main Street
Prattville, Alabama 36067