IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child;<br><br>    PLAINTIFFS,<br><br>VS.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH BUTLER and TERRY WRIGHT,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO: 2:05-CV-1090-W<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROTECTIVE ORDER**

Upon consideration of defendant's motion for entry of an agreed proposed protective order (Doc. # 27), filed April 28, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

By consent of the parties, the Court hereby Orders:

1. The plaintiffs, minors and adults, shall disclose to the Court and the defendants, through counsel, their complete names, under seal.

2. After such disclosures are made, all subsequent filings with the Court by any party should reference the plaintiffs as they are designated in the style to this action.

3. All records produced by any third party or by the defendants that contain information about the minor plaintiffs, and all medical records and psychological or mental health counseling records of the minor plaintiffs shall be marked "Confidential Information" and shall be treated as such by all persons, including, but not limited to, all parties and counsel in this action to whom such information is disclosed pursuant to the terms of this Order.

4. The parties understand that Defendant Autauga County Board of Education and/or any employee's production of information or records on minor student plaintiffs are protected from claims concerning the minor students' right to privacy and confidentiality under the Family Education Rights and Privacy Act (Buckley Amendment), 20 U.S.C. § 1232(g).

5. Any filing with attached deposition transcript (or portions thereof) in which the identities of the minor plaintiffs are disclosed or any records or exhibits concerning minor plaintiffs or information designated as "Confidential Information" shall be filed under seal.

6. The provisions of this Order shall not affect the admissibility of evidence at trial or any preliminary evidentiary proceeding in open court, except as directed by separate order entered for good cause shown. The provisions of this Order directing the production of records and the disclosure of information about students in response to discovery relate only to the confidentiality rights and privacy rights of parties to this litigation and nonparty minors and students. This Order shall not be construed as overruling any objections to production or use of such records raised by the parties on other grounds.

DONE, this 8th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE