IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. G., a minor child, by and through her mother and next of friend, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the City of Prattville's "Motion for Protective Order" (Doc. # 17), filed February 24, 2006, and "Renewed Motion for Protective Order" (Doc. # 24), filed April 18, 2006, and for good cause, it is

ORDERED that defendants shall show cause on or before May 15, 2006 why the motions for protective order should not be denied in light of "Plaintiffs' Response to Prattville Police Department's Motion to Quash" (Doc. # 28) filed April 28, 2006.

DONE, this 9th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE