IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child;<br><br>    PLAINTIFFS,<br><br>VS.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH BUTLER and TERRY WRIGHT,<br><br>    DEFENDANTS. | CASE NO: 2:05-CV-1090-W |

**DEFENDANTS AUTAUGA COUNTY BOARD OF EDUCATION AND
JOSEPH L. BUTLER'S REPLY TO PLAINTIFFS' RESPONSE TO
CITY OF PRATTVILLE'S MOTION TO QUASH**

COME NOW defendants Autauga County Board of Education and Joseph L. Butler, and pursuant to this Court's May 9, 2006 Order, respond to the plaintiffs' Response to the City of Prattville's Motion to Quash, by stating the following:

1. These defendants are not aware of the status of the criminal proceedings against Mr. Wright except for what has appeared in the newspaper.

2. The Montgomery Advertiser reported that Mr. Wright was to be sentenced on June 22, 2006.

3. The defendants believe that the sentencing of Mr. Wright will conclude the criminal investigation against him.

4. However, the City of Prattville, on behalf of the Prattville Police Department, would seem to be the better party to speak to the status of the criminal investigation against Mr. Wright.

5. These defendants have never opposed the plaintiffs' subpoena to the City of Prattville.

Further, Defendants Autauga County Board of Education and Joseph L. Butler have not objected to the City of Prattville's Motion to Quash the subpoena or Motion for a Protective Order if such documents are released.

6.     Accordingly, these defendants do not object to the production of the documents responsive to plaintiffs' subpoena to the City of Prattville.

WHEREFORE, PREMISES CONSIDERED, Defendants Autauga County Board of Education and Joseph L. Butler respectfully reply to plaintiffs' Response to the City of Prattville's Motion to Quash.

                Respectfully submitted,

                *s/Mark S. Boardman*
                Mark S. Boardman (ASB-8572-B65M)
                *E-mail:* mboardman@boardmancarr.com
                Katherine C. Hortberg (ASB-5374-B34K)
                *E-mail:* khortberg@boardmancarr.com
                Counsel for defendants Autauga County Board of Education and Joseph L. Butler
                BOARDMAN, CARR & HUTCHESON, P.C.
                400 Boardman Drive
                Chelsea, Alabama 35043-8211
                Telephone: (205) 678-8000
                Facsimile: (205) 678-0000

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this **15th** day of **May, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael J. Crow, Esq.<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>P. O. Box 4160<br>Montgomery, Alabama 36103-4160 | Robert D. Drummond, Jr., Esq.<br>323 De La Mare Avenue<br>Fairhope, Alabama 36532<br><br>Mr. Terry Wright<br>1268 Plum Street<br>Prattville, AL 36066 |

                                                             *s/Mark S. Boardman*
                                                             Of Counsel