**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

June 6, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   A. G. Et al v. Autauga Co. Board of Education et al

Case No.:   2:05cv1090-MF
Document 35 Motion to Amend Complaint
Filed 6/1/06

This Notice of Correction was filed in the referenced case this date to enter the pdf for the Proposed Amended Complaint which was omitted when e-filed. A copy of the Proposed Amended Complaint is attached to this Notice.