IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A. G., a minor child, by and through her mother and next of friend, et al., ) ) ) | |
| Plaintiffs, ) | |
| vs.            ) | CASE NO. 2:05cv1090-MEF |
| ) | |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., ) ) ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of non-party City of Prattville's Motion for Protective Order (Doc. # 17) filed February 24, 2006 and the City of Prattville's Renewed Motion for Protective Order (Doc. # 24), filed April 18, 2006, and for good cause, it is

ORDERED that the motions be and hereby are DENIED as moot. A renewed motion for protective order has been filed and a protective order is being entered separately.

DONE, this 15th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE