IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child;<br><br>    PLAINTIFFS,<br><br>VS.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH BUTLER and TERRY WRIGHT,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO: 2:05-CV-1090-W<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS AUTAUGA COUNTY BOARD OF EDUCATION AND JOSEPH L. BUTLER'S MOTION TO RECONSIDER PROTECTIVE ORDER

COME NOW defendants Autauga County Board of Education and Joseph L. Butler and respectfully request that this Honorable Court reconsider its June 15, 2006 Protective Order. In further support of this motion, the defendants state as follows:

1. The June 15, 2006 Protective Order declared as "confidential information" all records produced by the City of Prattville to any party, counsel or other person affiliated with the case that contain information about the minor plaintiffs.

2. However, upon information and belief, the records to be produced by the City of Prattville, pursuant to the plaintiffs' subpoena to the Prattville Police Department, contain information on other minors beyond the plaintiffs in this case.

3. Pursuant to this Court's Protective Order, the information on these other minors would not be protected, and thus, could be disseminated to the public and would not be required to be destroyed upon a resolution of this case.

4. The defendants respectfully request that the Protective Order be amended to declare information regarding any minor to be "Confidential Information" and to be treated as such under the original parameters of the order.

5. The undersigned has spoken to counsel for the City of Prattville, who is in agreement with the above.

WHEREFORE, PREMISES CONSIDERED, Defendants Autauga County Board of Education and Joseph L. Butler respectfully request that this Honorable Court reconsider its Protective Order.

Respectfully submitted,

*s/Mark S. Boardman*
Mark S. Boardman (ASB-8572-B65M)
*E-mail: mboardman@boardmancarr.com*
Katherine C. Hortberg (ASB-5374-B34K)
*E-mail: khortberg@boardmancarr.com*
Counsel for defendants Autauga County
Board of Education and Joseph L. Butler
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile: (205) 678-0000

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this **16th** day of **June, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

David A. McDowell, Esq.
McDowell, Faulk & McDowell, LLC
145 West Main Street
Prattville, Alabama 36067

Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Mr. Terry Wright
1268 Plum Street
Prattville, AL 36066

          *s/Mark S. Boardman*
          Of Counsel