IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUTAUGA COUNTY BOARD OF )<br>EDUCATION, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-1090-MEF |

## ORDER

Pending for consideration before the Court is the Plaintiffs' Motion to Amend Complaint (Doc. #35), filed on June 1, 2006. In its January 24, 2006 Scheduling Order (Doc. #10), the Court set April 10, 2006 as the deadline for either party to amend the pleadings in this case. Because the Plaintiffs' motion comes after this date, the Court will only allow such an amendment "upon a showing of good cause." Fed. R. Civ. P. 16(b); *see also Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418-19 (11th Cir. 1998) (applying the Rule 16 good cause standard rather than the more liberal standard of Rule 15 to an attempt to amend the pleadings after the deadline set by court's scheduling order). The Plaintiffs' motion does not satisfy the good cause standard, and therefore it is hereby

ORDERED that this motion is DENIED.

Done 16th this day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE