LAW OFFICES
# BOARDMAN, CARR, WEED & HUTCHESON, P.C.
400 BOARDMAN DRIVE
CHELSEA, ALABAMA 35043-8211

MARK S. BOARDMAN
PHILIP F. HUTCHESON*
CLAY R. CARR
EDWARD M. WEED
ALICIA FRITZ BENNETT
KATHERINE H. DILORENZO
DANA J. BOLDEN
E. DIANNE GAMBLE•
WILLIAM H. HUFFMAN, III†

MAILING ADDRESS:
POST OFFICE BOX 382886
BIRMINGHAM, ALABAMA 35238-2886

May 16, 2005

(205) 678-8000
FACSIMILE
(205) 678-0000
WEBSITE
BCWHlaw.com

*ALSO ADMITTED IN LOUISIANA
•ALSO ADMITTED IN MISSISSIPPI
†ALSO ADMITTED IN DISTRICT OF COLUMBIA

Robert Troy Teague, Esq.
NELSON & TEAGUE, LLC
25 South Court Street
Montgomery, AL 36104

RE: *Jane Doe 1, a minor by and through Kelly Cooley, and Jane Doe 2, a minor by and through Beverly Holton vs. Autauga Co. BOE, Joseph L. Butler and Terry Wright*
Circuit Court of Autauga County, Alabama
Civil Action No.  :   CV-2005-083R
Our File No.      :   (242) 050055

Dear Mr. Teague:

Please be advised that we represent the defendants Autauga Board of Education and Mr. Joseph L. Butler in the above referenced case. I am writing to request the first depositions of the plaintiff mothers, plaintiff students and plaintiff fathers, if they have any knowledge relevant to this matter. I would appreciate your providing me with some proposed dates for these depositions.

Sincerely,

Kate Hortberg

Katherine C. Hortberg

KCH/dpt

EXHIBIT
D