IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A. G., a minor child by and through her mother and next friend, K.C., et al., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05cv1090-MEF WO |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., ) ) ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of Defendants Autauga County Board of Education and Joseph L. Butler's Motion to Reconsider Protective Order (Doc. # 42), filed June 16, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The court's order (Doc. # 41) entered June 15, 2006 is VACATED. An amended protective order will be entered by the court.

DONE, this 22nd day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE