IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. G., a minor child, by and through | ) | |
| her mother and next of friend, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 2:05cv1090-MEF |
| | ) | |
| AUTAUGA COUNTY BOARD | ) | |
| OF EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>AMENDED PROTECTIVE ORDER</u>**

Upon consideration of the City of Prattville's renewed motion for entry of a Protective Order, and this Court having considered same, it is

ORDERED as follows:

1.  All records produced by the City of Prattville to any party, counsel or other persons affiliated or associated with the case that contain information about any minor shall be marked "Confidential Information" and shall be treated as such by all persons, including, but not limited to, all parties, counsel, and the persons affiliated or associated with the case directly or indirectly, to whom such information is disclosed, pursuant to the terms of this Order; and

2.  That the confidential information is not to be disseminated to the public in any form; and

3.  That any confidential information received shall be destroyed upon this case being dismissed with prejudice; and

4.  That any violation of this order may result in a finding of contempt of court and said party will be subject to penalties imposed by this Court.

DONE, this 22nd day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE