LAW OFFICES

# BOARDMAN, CARR & HUTCHESON, P.C.

400 BOARDMAN DRIVE

CHELSEA, ALABAMA 35043-8211

MARK S. BOARDMAN
PHILIP F. HUTCHESON*
CLAY R. CARR
ALICIA FRITZ BENNETT
KATHERINE C. HORTBERG
DANA J. BOLDEN
APRIL B. DANIELSON
E. DIANNE GAMBLE*
DANIEL P. OGLE
WILLIAM H. HUFFMAN, III†

POST OFFICE BOX 382886

BIRMINGHAM, ALABAMA 35238-2886

June 20, 2006

(205) 678-8000
FACSIMILE
(205) 678-0000
WEBSITE
boardmancarr.com

*ALSO ADMITTED IN LOUISIANA
*ALSO ADMITTED IN MISSISSIPPI
†ALSO ADMITTED IN DISTRICT OF COLUMBIA

**_VIA FACSIMILE AND U.S. MAIL_**
Michael J. Crow, Esq.
BEASLEY,   ALLEN,   CROW,   METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

**_VIA FACSIMILE AND U.S. MAIL_**
Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Re:    *A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child, vs. Autauga Co. BOE, Joseph L. Butler and Terry Wright*
United States District Court, Middle District of Alabama
Civil Action No. :    2:05-CV-1090-W
Our File No.   :    (242) 050055

Dear Gentlemen:

I am now in receipt of Mike's deposition notices for Mr. Butler, Ms. Garrett and Ms. Cleveland in the above referenced case. These deposition notices were unilaterally set for either July 5 or 6, 2006 at the Chapter I Building of the Autauga County Board of Education. However, please refer back to my letter from earlier today, as well as my prior letter regarding taking the first depositions in this matter. Defendants Autauga Board of Education and Joseph L. Butler will not agree to Mr. Butler or any employee of the Board sitting for a deposition prior to the completion of all plaintiffs and their family's depositions. Therefore, as I stated in my letter to you earlier today, once I have taken the depositions of Ashlyn Guillotte and her family, and if this case is consolidated with the B.H. case, the depositions of B.H. and his parents, we can then discuss scheduling the above referenced employees' depositions. In the meantime, please be advised that no deposition can go forward on either July 5 or 6 since I am not available on either of these days.

Sincerely,

Katherine C. Hortberg

KCH/dpt



EXHIBIT

H