IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:05-cv-1090-MEF ) |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.*, | ) ) ) |
| Defendants. | ) |

# **ORDER**

Upon consideration of the Plaintiffs' Motion to Reconsider, or in the alternative, Motion to Vacate (Doc. #44), filed on June 20, 2006, for good cause shown, it is hereby

ORDERED that the motion is GRANTED. The Plaintiffs shall have until June 29, 2006 to file an amended complaint.

Done this the 23rd day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE