IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.,* | ) ) ) ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| B.H., a minor child, by and through his mother and next of friend, D.S., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-0393-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.,* | ) ) ) ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of plaintiff B.H.'s Motion to Consolidate (Doc. #3) filed on May 15, 2006, it is hereby

ORDERED that the motion is GRANTED. The above-referenced cases are consolidated for further proceedings, Case No. 2:05-cv-1090-MEF shall be the lead case, and the Clerk of Court is directed to docket this order in the above-referenced cases.

DONE this the 23rd day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE