IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. G., a minor child by and through<br>her mother and next friend, K.C.,<br>et al., | ) )<br>) )<br>) ) | |
| Plaintiffs, | ) ) | |
| v. | ) )<br>) ) | CIVIL ACTION NO. 2:05cv1090-MEF<br>WO |
| AUTAUGA COUNTY BOARD OF<br>EDUCATION, et al., | ) )<br>) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of plaintiffs' motion to compel depositions (Doc. # 48), filed June

22, 2006, and for good cause, it is

ORDERED that defendants file a response to the motion on or before June 29, 2006.

Done, this 23rd day of June, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE