**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 28, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:    A.G., etc., et al v. Autauga County Board of Education, et al.**
**Case Number: 2:05-cv-1090-MEF**

**Pleading : #52 - Amended Complaint**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 6/27/2006 without a notation of a demand for jury trial as required by Local Rule 38.1.**

**The corrected pdf document is attached to this notice.**