AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

A.G., D.A., A.L., M.K., and M.H., et al.

**SUMMONS IN A CIVIL ACTION**

V.

AUTAUGA COUNTY BOARD OF EDUCATION; TERRY WRIGHT; JOSEPH BUTLER AND DENE CLEVELAND

CASE NUMBER: 2:05-CV-1090-MEF

TO: (Name and address of Defendant)

Dene Cleveland
Autauga County Board of Education
Chapter 1 Building
131 N Washington Street
Prattville, Alabama 36067

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles
Post Office Box 4160
Montgomery, Alabama 36103-4160

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              6/30/06

CLERK                                           DATE

(By) DEPUTY CLERK