THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

A.G., a minor child, by and through her   *
mother and next of friend, K.C.; D.A., a   *
minor child, by and through her mother   *
and next of friend, B.A.; A.L., a minor   *
child, by and through her mother and   *
next of friend, C.T.; M.K., a minor child,   *
by and through her mother and next of   *   CASE NO.: 2:05-CV-1090-MEF
friend, K.K.; and M.H., a minor child, by   *
and through her mother and next of   *
friend, B.H.,   *
  *
      Plaintiffs,   *
  *
v.   *
  *
AUTAUGA COUNTY BOARD OF   *
EDUCATION; JOSEPH L. BUTLER; and   *
TERRY WRIGHT,   *
  *
      Defendants.   *

---

B.H., a minor child, by and through his   *
mother and next of friend, D.S.,   *
  *
      Plaintiffs,   *
  *
v.   *
  *   CASE NO.: 2:06cv393-SRW
AUTAUGA COUNTY BOARD OF   *
EDUCATION; JOSEPH L. BUTLER; and   *
TERRY WRIGHT,   *
  *
      Defendants.   *
  *

## NOTICE TO THE COURT

Plaintiffs hereby notify the Court that perfected service of its *Amended Complaint* on Dene Cleveland in c/o of Kate Hortberg at her law firm was issued by mistake.

Mrs. Hortberg notified plaintiff's counsel that she could not accept service on behalf of Defendant Cleveland.  Plaintiffs counsel has reissued the Summons and Amended Complaint in this matter.


  /s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs


OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343


  /s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs


OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy of the same in the U.S. Mail, first class postage prepaid, on this the 30th day of June, 2006.


    /s/Michael J. Crow_____
    OF COUNSEL

Terry Wright
Autauga County Jail
160 W. 4th Street
Prattville, Alabama 36067

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886