IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. G., a minor child by and through her mother and next friend, K.C., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1090-MEF WO |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of plaintiffs' motion to compel depositions (Doc. # 48), filed June 22, 2006, and for good cause, it is

ORDERED that the motion to compel be and hereby is DENIED without prejudice. Counsel are DIRECTED to meet and confer in person or by telephone on or before July 17, 2006 concerning the subject of the motion.[1] At that time, counsel shall make a good faith effort to agree to a date or dates to schedule depositions. The motion to compel may be renewed if counsel cannot resolve this matter satisfactorily. If the motion is renewed, the Court will consider sanctions against the losing party in accordance with Fed. R. Civ. P.

---

[1] The court requires this conference in part because plaintiffs did not certify pursuant to Federal Rules of Civil Procedure 26(c) and 37(a)(2)(B) and ¶ 5 of the General Order of this court entered on November 22, 1993, that their counsel made a reasonable good faith effort to reach agreement with opposing counsel on the matters set forth in the motion prior to filing the motion.

37(a)(4) in the absence of substantial justification for the losing party's position.

DONE, this 6th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE