IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child;<br><br>    PLAINTIFFS,<br><br>VS.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION, et al.,<br><br>    DEFENDANTS. | CASE NO: 2:05-CV-1090-MEF |
| B.H., a minor child, by and through his mother and next of friend, D.S.,<br><br>    PLAINTIFFS,<br><br>VS.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION, et al.,<br><br>    DEFENDANTS. | CASE NO: 2:06-cv-0393-MEF |

**DEFENDANTS AUTAUGA COUNTY BOARD OF EDUCATION
AND JOSEPH L. BUTLER'S UNOPPOSED MOTION FOR PROTECTIVE ORDER**

COME NOW the defendants Autauga County Board of Education and Joseph L. Butler, and without opposition from the plaintiffs, respectfully request that this Court enter a revised Protective Order. In further support of this Motion, the defendants state as follows:

1.    On May 8, 2006, this Court entered a Protective Order in the *A.G.* case, requiring those plaintiffs to disclose to the Court and the defendants, through counsel, their complete names, under seal.

2.Further, the Protective Order protected the disclosure of all records produced by any third party or the defendants which contain information related to those five minor plaintiffs.

3.On May 1, 2006, plaintiffs B.H. and D. S. filed a Complaint against these defendants.

4.On May 15, 2006, plaintiffs B.H. and D. S. filed a Motion to Consolidate their case with the *A.G.* case.

5.On June 23, 2006, this Court granted the Motion to Consolidate, and the two cases were consolidated.

6.In light of the consolidation, defendants request that the May 8, 2006 Protective Order be revised to reflect that it governs the plaintiffs in both cases, and the same disclosure of identities and protections apply.

WHEREFORE, PREMISES CONSIDERED, Defendants Autauga County Board of Education and Joseph L. Butler respectfully request that a revised Protective Order be entered.

Respectfully submitted,

*s/Katherine C. Hortberg*
Mark S. Boardman (ASB-8572-B65M)
*E-mail: mboardman@boardmancarr.com*
Katherine C. Hortberg (ASB-5374-B34K)
*E-mail: khortberg@boardmancarr.com*
Counsel for the Autauga County Board of Education
and Joseph L. Butler
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile: (205) 678-0000

**CERTIFICATE OF SERVICE**

     I hereby certify that I have on this **11th** day of **July, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Mr. Terry Wright
1268 Plum Street
Prattville, AL 36066

    *s/Katherine C. Hortberg*
    OF COUNSEL