IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. G., a minor child by and through her mother and next friend, K.C., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv1090-MEF WO |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| B. H., a minor child, by and through his mother and next of friend, D. S., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv383-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of defendants' unopposed motion for protective order (Doc. # 58), filed July 11, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is further ORDERED that the terms of the protective order entered on May 8, 2006 (Doc. # 32) in Civil Action No. 2:05cv1090-MEF shall apply to the parties in Civil Action No. 2:06cv393-MEF.

DONE, this 12th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE