

Dene Cleveland
Autauga County Board of Education
Chapter 1 Building
131 N Washington Street
Prattville, Alabama 36067

PS FORM 3811, January 2005                                    Domestic Return Receipt