THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H.,<br><br>    Plaintiffs,<br><br>v.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; and TERRY WRIGHT,<br><br>    Defendants. | CASE NO.: 2:05-CV-1090-MEF |

### NOTICE OF TAKING THE DEPOSITION OF JIM ABRAHAM

TO:    Terry Wright
Autauga County Jail
160 W. 4th Street
Prattville, Alabama 36067

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

Robert Drummond
323 De LaMare
Fairhope, AL 36532

DEPONENT:    JIM ABRAHAM



EXHIBIT A

TIME:         FOLLOWING THE DEPOSITION OF ANGEL GARRETT

DATE:         AUGUST 16, 2006

LOCATION:    CHAPTER I BUILDING
AUTAUGA COUNTY BOARD OF EDUCATION
131 North Washington Street
Prattville, Alabama 36067

**YOU ARE HEREBY NOTIFIED** that on the date and time set forth above, and at the location indicated above, pursuant to *Federal Rules of Civil Procedure,* the Plaintiff in the above-styled cause of action will take the deposition of **JIM ABRAHAM** upon oral examination, before an officer duly authorized to administer oaths and swear witnesses. The oral examination will continue from day to day until completed.

The undersigned, by affixing his signature below, certifies that he has served a copy of this notice on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed and first class postage on this the 20th day of July, 2006.

                                          /s/Michael J. Crow
                                          MICHAEL J. CROW (CR039)
                                          Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

        /s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy of the same in the U.S. Mail, first class postage prepaid, on this the 20th day of July, 2006.

                                  /s/Michael J. Crow
                                  OF COUNSEL

Terry Wright
Autauga County Jail
160 W. 4th Street
Prattville, Alabama 36067

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886