LAW OFFICES
# BOARDMAN, CARR & HUTCHESON, P.C.
400 BOARDMAN DRIVE
CHELSEA, ALABAMA 35043-8211

MARK S. BOARDMAN
PHILIP F. HUTCHESON*
CLAY R. CARR
ALICIA FRITZ BENNETT
KATHERINE C. HORTBERG
DANA J. BOLDEN
APRIL B. DANIELSON
E. DIANNE GAMBLE*
DANIEL P. OGLE
WILLIAM H. HUFFMAN, III†

August 17, 2006

(205) 678-8000
FACSIMILE
(205) 678-0000
WEBSITE
boardmancarr.com

*ALSO ADMITTED IN LOUISIANA
*ALSO ADMITTED IN MISSISSIPPI
†ALSO ADMITTED IN DISTRICT OF COLUMBIA

*VIA FACSIMILE*
Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

*VIA FACSIMILE*
Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Re:  *A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child, vs. Autauga Co. BOE, Joseph L. Butler and Terry Wright*
United States District Court, Middle District of Alabama
Civil Action No. :    2:05-CV-1090-W
Our File No.     :    (242) 050055

Dear Gentlemen:

I have received the voicemail you both left this morning and your letter regarding rescheduling the deposition of non-party Jim Abraham. Mr. Abraham's deposition did not occur last night because Ms. Garrett's deposition did not conclude until 10:10 p.m., after over five hours of questioning and no dinner break. Mr. Abraham's deposition would not have begun until 10:30 or 11:00 p.m. Since we began taking depositions at 9:00 a.m. that morning, it was not reasonable to begin a fifth deposition that day at that late hour.

Please be advised that we are available for Mr. Abraham's deposition on one of the following dates: September 7; September 19; September 20 or September 25, 2006. His deposition should be noticed to begin at 9:00 a.m. at the Chapter I Building. Please let me know which date works best for you.

*Dictated but not read*
Sincerely,

Candy Monroe for Katherine Hortberg

Katherine C. Hortberg

KCH/cjm


EXHIBIT
B