THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H.,<br><br>    Plaintiffs,<br><br>v.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; and TERRY WRIGHT,<br><br>    Defendants. | CASE NO.: 2:05-CV-1090-MEF |

### RE-NOTICE OF TAKING THE DEPOSITION OF JIM ABRAHAM

TO:    Terry Wright
        Autauga County Jail
        160 W. 4th Street
        Prattville, Alabama 36067

        Katherine Hortberg
        Mark Boardman
        Boardman, Carr, Reed, Hutcheson
        Post Office Box 382886
        Chelsea, Alabama 35238-2886

        Robert Drummond
        323 De LaMare
        Fairhope, AL 36532

DEPONENT:    JIM ABRAHAM



EXHIBIT C

| | |
|---|---|
| TIME: | 9:00 A.M. |
| DATE: | SEPTEMBER 7, 2006 |
| LOCATION: | CHAPTER I BUILDING<br>AUTAUGA COUNTY BOARD OF EDUCATION<br>131 North Washington Street<br>Prattville, Alabama 36067 |

**YOU ARE HEREBY NOTIFIED** that on the date and time set forth above, and at the location indicated above, pursuant to *Federal Rules of Civil Procedure,* the Plaintiff in the above-styled cause of action will take the deposition of **JIM ABRAHAM** upon oral examination, before an officer duly authorized to administer oaths and swear witnesses. The oral examination will continue from day to day until completed.

The undersigned, by affixing his signature below, certifies that he has served a copy of this notice on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed and first class postage on this the 21st day of August, 2006.

/s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

        /s/Robert D. Drummond  
ROBERT D. DRUMMOND (DRU004)  
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law  
323 De LaMare  
Fairhope, AL 36532  
(251) 990-6249

# CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy of the same in the U.S. Mail, first class postage prepaid, on this the 21st day of August, 2006.

                                                /s/Michael J. Crow
                                               OF COUNSEL

Terry Wright
Autauga County Jail
160 W. 4th Street
Prattville, Alabama 36067

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886