LAW OFFICES
# BOARDMAN, CARR & HUTCHESON, P.C.
400 BOARDMAN DRIVE
CHELSEA, ALABAMA 35043-8211

MARK S. BOARDMAN
PHILIP F. HUTCHESON*
CLAY R. CARR
ALICIA FRITZ BENNETT
KATHERINE C. HORTBERG
DANA J. BOLDEN
APRIL B. DANIELSON
E. DIANNE GAMBLE*
DANIEL P. OGLE
WILLIAM H. HUFFMAN, III†

POST OFFICE BOX 382886
BIRMINGHAM, ALABAMA 35238-2886

August 25, 2006

(205) 678-8000
FACSIMILE
(205) 678-0000
WEBSITE
boardmancarr.com

*ALSO ADMITTED IN LOUISIANA
*ALSO ADMITTED IN MISSISSIPPI
†ALSO ADMITTED IN DISTRICT OF COLUMBIA

*Via facsimile*
Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

*Via facsimile*
Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Re:  *A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child, vs. Autauga Co. BOE, Joseph L. Butler and Terry Wright*
United States District Court, Middle District of Alabama
Civil Action No. :        2:05-CV-1090-W
Our File No.   :          (242) 050055

Dear Gentlemen:

Due to a conflict that has only recently come up, we will need to reschedule Mr. Abraham's deposition from September 7th to September 20th. September 20th is one of the days we originally suggested for this deposition. Please let me know whether this day is still available for either of you to take Mr. Abraham's deposition. I look forward to hearing from you.

Sincerely,

Kate Newberg

Katherine C. Hortberg

KCH/dpt


EXHIBIT 10