LAW OFFICES

# BOARDMAN, CARR & HUTCHESON, P.C.

400 BOARDMAN DRIVE

CHELSEA, ALABAMA 35043-8211

MARK S. BOARDMAN
PHILIP F. HUTCHESON*
CLAY R. CARR
ALICIA FRITZ BENNETT
KATHERINE C. HORTBERG
DANA J. BOLDEN
APRIL B. DANIELSON
E. DIANNE GAMBLE°
DANIEL P. OGLE
WILLIAM H. HUFFMAN, III†

POST OFFICE BOX 382886

BIRMINGHAM, ALABAMA 35238-2886

(205) 678-8000
FACSIMILE
(205) 678-0000
WEBSITE
boardmancarr.com

August 28, 2006

*ALSO ADMITTED IN LOUISIANA
°ALSO ADMITTED IN MISSISSIPPI
†ALSO ADMITTED IN DISTRICT OF COLUMBIA

*Via facsimile*
Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

*Via facsimile*
Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Re:  *A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child, vs. Autauga Co. BOE, Joseph L. Butler and Terry Wright*
United States District Court, Middle District of Alabama
Civil Action No. :        2:05-CV-1090-W
Our File No.     :        (242) 050055

Dear Gentlemen:

In light of what happened at the last deposition, I will be handling Mr. Abraham's deposition. Unfortunately, on September 7, I have a pre-trial conference in north Alabama and a 4:15 motion hearing in Jefferson County. Accordingly, we must move Mr. Abraham's deposition.

I suggest the following date of September 20th.

Sincerely,

Mark S. Boardman

MSB/dpt


EXHIBIT
E