IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT 12 A 9: 21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| A.G., a minor child by and through Her mother and next friend, K.C., Et al., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 2:05cv1090-MEF |
| B.H., a minor child by and through His mother and next friend, D.S., <br><br> Plaintiff, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 2:06cv393-MEF |

## NOTICE OF ADDRESS CHANGE OF DEFENDANT TERRY C. WRIGHT

Defendant Terry C. Wright was sentenced to prison on June 22, 2006. Therefore, any and all documents related to the above cases which were mailed just prior to that date or since have not been received by the Defendant. His current mailing address is as follows:

Terry C. Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, AL 35749-7009

Please note this change and address all future correspondence to Defendant Terry C. Wright at the new address.

Respectfully submitted this the 10th day of October, 2006.

*Betty C. Wright*
Betty C. Wright
Wife of Defendant Terry C. Wright
1268 Plum Street
Prattville, AL 36066

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2006, I mailed this notice to the following:

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Michael J. Crow
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

Robert D. Drummond, Jr.
323 De La Mare Avenue
Fairhope, AL 36532

Mark S. Boardman
Katherine C. Hortberg
Boardman, Carr & Hutcheson
400 Boardman Drive
Chelsea, AL 35043-8211

*Betty C. Wright*
Betty C. Wright