EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JANE DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:04-CV-1155-WKW |
| ) | |
| AUTAUGA COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |

## PROTECTIVE ORDER REGARDING
## IDENTIFICATION OF MINOR STUDENTS

This case is before the Court on Plaintiffs' Motion to Compel Defendant Autauga County Board of Education to provide the names of minors. The court has reviewed the motion, heard oral argument, and **pursuant to the agreement of all parties**, is of the opinion that the motion is due to be GRANTED as follows:

1. Plaintiffs seek the names of students who had contact with non-party Terry Cleveland Wright that resulted in a complaint or report to any administrator of the Autauga County Board of Education that the contact was unwanted, uncomfortable or otherwise negative.

2. The Autauga County Board of Education is ordered to produce this information to the plaintiffs, after contacting all parents and students to inform them that their names will be disclosed to the plaintiffs and their attorneys, and receiving written consent from the parents, pursuant to the Family Education Rights and Privacy Act (Buckley Amendment), 20 U.S.C. § 1232(g).

3. In producing this information, Defendant Autauga County Board of Education and any employee or former employee shall be protected from any and all claims concerning the minor students' right to privacy and confidentiality, including those rights afforded to them under the

Family Education Rights and Privacy Act (Buckley Amendment), 20 U.S.C. § 1232(g).

4. The information disclosed by Defendant Autauga County Board of Education and any employee or former employee concerning said minors' names shall be treated as confidential by all persons to whom such information is disclosed pursuant to the terms of this Order and the previously entered Protective Order.

5. Any information concerning said students shall be used only in connection with this case and may not be disclosed wholly, in part, or in substance to persons not parties to this action, except those provided in the previously entered Protective Order.

DONE, this 25th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE