IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.*, | ) ) ) | |
| Defendants. | ) | |
| ------------------------------------------------ | | |
| B.H., a minor child, by and through his mother and next of friend, D.S., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-393-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the Motion for Filing Motion for Summary Judgment, Briefs and Exhibits Under Seal (Doc. # 74) filed on January 9, 2007, and in light of the Protective Order (Doc. # 32) entered on May 8, 2006,[1] it is hereby ORDERED as follows:

---

[1] "Any filing with attached deposition transcript (or portions thereof) in which the identities of the minor plaintiffs are disclosed or any records or exhibits concerning minor plaintiffs or information designated as 'Confidential Information' shall be *filed under seal*." Doc. # 32 at 2 (emphasis added).

(1) The Motion for Filing Motion for Summary Judgment, Briefs and Exhibits Under Seal (Doc. # 74) is GRANTED.

(2) All motions for summary judgment, as well as any accompanying briefs and evidentiary submissions, shall be filed UNDER SEAL.

DONE this the 16th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE