IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.,* | ) ) ) | |
| Defendants. | ) | |
| _____ | | |
| B.H., a minor child, by and through his mother and next of friend, D.S., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-0393-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.,* | ) ) ) | |
| Defendants. | ) | |

# O R D E R

Upon consideration of the defendants' Motion for Summary Judgment (Doc. #78) filed on January 26, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on February 22, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before February 15, 2007.  The defendants may file a reply brief on or before February 22, 2007.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they***

*are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 31st day of January, 2007.

_____ /s/ Mark E. Fuller _____
CHIEF UNITED STATES DISTRICT JUDGE