THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | CASE NO.: 2:05-CV-1090-MEF |
| B.H., a minor child, by and through his mother and next of friend, D.S., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | CASE NO.: 2:06cv393-SRW |

## MOTION FOR EXTENSION IN FILING PLAINTIFF'S RESPONSE TO DEFENDANT'S SUMMARY JUDGMENT

Plaintiffs request the Court to extend the date for Plaintiff to file their response to *Defendant's Motion for Summary Judgment*.

As grounds for their motion, they would show the following:

1. Under the Court's current *Scheduling Order*, Plaintiff's are required to file their response to Defendant's summary judgment on or before February 15, 2007.

2. Plaintiff's request a two-day extension, which would allow Plaintiff's to file their response on or before February 19, 2007.

WHEREFORE, Plaintiff's would request the Court to GRANT Plaintiff's motion in this matter.

/s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

/s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:


Terry Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

                                                /s/Michael J. Crow
                                                OF COUNSEL