THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | CASE NO.: 2:05-CV-1090-MEF |
| B.H., a minor child, by and through his mother and next of friend, D.S., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | CASE NO.: 2:06cv393-SRW |

**MOTION FOR PROTECTIVE ORDER OR FOR ORDER OTHERWISE PROHIBITING THE DISCLOSURE OF CERTAIN INFORMATION**

Plaintiffs, A. G., D. A., A. L., M. H., M. K., and B. H., request the Court to issue a Protective Order placing under seal or otherwise prohibiting the disclosure of *Plaintiffs' Memorandum Brief in Opposition to Defendants, Autauga County Board of Education, Larry Butler and Dene Cleveland's Motion for*

*Summary Judgment* and their accompanying exhibits listed as documents 84 and 85.

    As grounds for their motion, they would state that an Order is necessary to protect the identity of any persons alleged to have been harassed and/or abused, and/or any person who are minors and/or any person who is otherwise identified either in Plaintiffs' briefs and/or the accompanying exhibits (1-64).

    WHEREFORE, Plaintiffs request the Court to enter an Order sealing these documents from the public.

     /s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

     /s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of February 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Terry Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

                                            __/s/Michael J. Crow_____
                                            OF COUNSEL