THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | CASE NO.: 2:05-CV-1090-MEF |
| B.H., a minor child, by and through his mother and next of friend, D.S., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | CASE NO.: 2:06cv393-SRW |

## MOTION TO COMPEL

Plaintiffs', pursuant to Federal Rules of Civil Procedure, 37(a), seek an Order from the Court compelling the Defendants Autauga County Board of Education, Larry Butler and Dene Cleveland to produce a computer index indicating the date of origin of certain computer files.

As grounds for their motion, they would show the following:

1. On October 9, 2006, Plaintiffs filed their Seventh Request for Production of Documents. (See Ex. 1, attached hereto);

2. On November 8, 2006, Defendants Autauga County Board of Education, Larry Butler and Dene Cleveland filed a response objecting to the Plaintiffs' request. (See Ex. 2);

3. On December 8, 2006, Plaintiffs' counsel sent Defendants' counsel a letter clarifying their request and narrowing the scope of their request. (See Ex. 3);

4. On December 12, 2006, again Plaintiffs' counsel sent a letter clarifying their request and states how simple the procedure is to perform. (See Ex. 4);

5. On December 14, 2006, Plaintiffs' counsel sends a letter and sample of the computer index requested. (See Ex. 5);

6. On January 15, 2007, Defendants produced computer indexes for Defendants Cleveland and Butler. Also, it produces computer indexes for Mrs. McAlpine, Mr. Zeigler, Mrs. Garrett, and Mrs. Goodson who are all Autauga County Board of Education employees. The indexes produced ONLY shows the date the computer file was modified.

7. On January 30, 2007, Plaintiffs' counsel sends a letter to the Defendants counsel requesting they produce the computer index by date of origin as requested in their December 12, 2006 letter to defense counsel. (See Ex. 6);

8. On February 15, 2007, Plaintiffs' counsel met with Defense counsel. At that meeting, Plaintiffs' counsel again requested the status of their request to produce the computer indexes by date of origin for those persons listed in paragraph 6 above.

Defense counsel stated at that time they would not produce them because either they didn't know how they did not have the manpower.

9. Plaintiffs' have submitted the affidavit of a Scott Thomas who explains that the process is simple and can be done with three to four clicks of a mouse (See Ex. 7 – Affidavit of Scott Thomas)

WHEREFORE, Plaintiffs request an Order requiring the Defendant produce the information within 10 days. The discovery cut-off in this case is April 12, 2007, pursuant to the Court's Scheduling Order, dated January 24, 2006.

/s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs


OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

                    /s/Robert D. Drummond
                    ROBERT D. DRUMMOND (DRU004)
                    Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Terry Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

/s/Michael J. Crow
OF COUNSEL