THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | CASE NO.: 2:05-CV-1090-MEF |
| B.H., a minor child, by and through his mother and next of friend, D.S., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | CASE NO.: 2:06cv393-SRW |

**PLAINTIFF'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT AUTAUGA COUNTY BOARD OF EDUCATION, JOSEPH BUTLER AND DENE CLEVELAND**

Pursuant to Rule 34, Federal Rules of Civil Procedure, Plaintiff requests that Defendant produce the following documents and things as follows:

1.   Produce a listing/index of every Microsoft Word documents, including all documents saved with file extensions: .doc, .rtf, .txt and .wps created


EXHIBIT

on Gloria Goodson's computer/hard drive between the time period of October 15, 2004 to the present. This list should include file name, location, size and date modified.

2.    Produce a list or index of every Microsoft Word documents, including all documents saved with file extensions: .doc, .rtf, .txt and .wps from the centralized file storage system used by Defendant Autauga County Board of Education for the time period of October 15, 2004 to the present.

3.    Produce a list/index of all Adobe Acrobat documents, including all documents saved with the file extensions, .pdf, created on Gloria Goodson's computer/hardware between the time period of October 15, 2004 to the present. This list should include file name, location, size and date modified.

4.    Produce a list/index of every Adobe Acrobat document including all documents served with the file extension, .pdf, from the centralized file storage system used by Defendant Autauga County Board of Education for the time period of October 15, 2004 to the present date. This list should include file name, location, size and date modified.

                /s/Michael J. Crow
                MICHAEL J. CROW (CR039)
                Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

                                                                             /s/Robert D. Drummond  
                                                                             ROBERT D. DRUMMOND (DRU004)  
                                                                             Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law  
323 De LaMare  
Fairhope, AL 36532  
(251) 990-6249

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Terry Wright
1268 Plum Street
Prattville, Alabama 36066

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

                                            /s/Michael J. Crow
                                            OF COUNSEL