# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

JERE LOCKE BEASLEY
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
J. COLE PORTIS
W. DANIEL MILES, III
R. GRAHAM ESDALE, JR.
JULIA ANNE BEASLEY
RHON E. JONES
LABARRON N. BOONE
ANDY D. BIRCHFIELD, JR.
RICHARD D. MORRISON MS
C. GIBSON VANCE
J. P. SAWYER MS OH
C. LANCE GOULD
JOSEPH H. AUGHTMAN
DANA G. TAUNTON

J. MARK ENGLEHART TX
CLINTON C. CARTER AR KY MS MO PA TN
BENJAMIN E. BAKER, JR. GA NY OK TN DC
DAVID B. BYRNE, III
TED G. MEADOWS MN MS TX DC WV
GERALD B. TAYLOR, JR. FL MS TN TX
FRANK WOODSON
KENDALL C. DUNSON GA
SCARLETTE M. TULEY
CHRISTOPHER E. SANSPREE MS
ROMAN ASHLEY SHAUL AR LA MS SC TN WV
W. ROGER SMITH, III AZ MN MS TN WV
P. LEIGH O'DELL
D. MICHAEL ANDREWS
BENJAMIN L. LOCKLAR
LARRY A. GOLSTON, JR. FL DC

*Attorneys at Law*
218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

BEASLEYALLEN.COM

MELISSA A. PRICKETT
JOHN E. TOMLINSON
NAVAN WARD, JR. MS
WESLEY CHADWICK COOK
WILLIAM H. ROBERTSON, V

OF COUNSEL:
ALYCE S. ROBERTSON

ALSO ADMITTED IN ARIZONA
ALSO ADMITTED IN ARKANSAS
ALSO ADMITTED IN FLORIDA
ALSO ADMITTED IN GEORGIA
ALSO ADMITTED IN KENTUCKY
ALSO ADMITTED IN LOUISIANA
ALSO ADMITTED IN MINNESOTA
ALSO ADMITTED IN MISSISSIPPI
ALSO ADMITTED IN MISSOURI
ALSO ADMITTED IN NEW YORK
ALSO ADMITTED IN OHIO
ALSO ADMITTED IN OKLAHOMA
ALSO ADMITTED IN PENNSYLVANIA
ALSO ADMITTED IN SOUTH CAROLINA
ALSO ADMITTED IN TENNESSEE
ALSO ADMITTED IN TEXAS
ALSO ADMITTED IN WASHINGTON, D.C.
ALSO ADMITTED IN WEST VIRGINIA

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

December 8, 2006

<u>**VIA TELEFAX (205) 678-0000**</u>
Kate Hortberg
Boardman, Carr, Weed & Hutcheson, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211

    RE:    A.G., et al. v. Autauga County Board of Education

Dear Kate:

    I know that Rick and you have discussed some outstanding discovery in this case, which we have requested.

    In accordance with the discussions that Rick and you had last week, we would propose the following:

    1.    With respect to Request for Production No. 5, in which we requested the computer and/or hard drive for Larry Butler, Dene Cleveland, Angel Garrett and Janie McAlpine (Janie Crawford), we would ask that you produce the index of files and each of their computers or the index from the central filing system for the time period of October 1, 2004 through the current date. We believe this is a reasonable request and has narrowed the scope of the request too.

    2.    With respect to our Request for Production No. 7, which asks for the index and files from Mrs. Goodson's computer or the central files system for October 1, 2004 through the present date. We believe this is a reasonable request and this information can be easily obtained by one of the county board of education's computer technology persons.

    Please let us know on these two matters as soon as possible. Otherwise, we will file the appropriate motion with the Court.



EXHIBIT 5

Kate Hortberg Letter
December 8, 2006
Page 2 of 2

                        My best regards,

                        BEASLEY, ALLEN, CROW,
                          METHVIN, PORTIS & MILES, P.C.


                        MICHAEL J. CROW

MJC/anc

CC:   Rick Drummond     **VIA TELEFAX (251) 650-1264**