# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | J. MARK ENGLEHART TX | *Attorneys at Law* | MELISSA A. PRICKETT | AZ ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | CLINTON C. CARTER | 218 COMMERCE STREET | JOHN E. TOMLINSON | AR ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | BENJAMIN E. BAKER, JR. | POST OFFICE BOX 4160 | NAVAN WARD, JR. | FL ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | DAVID B. BYRNE, III | MONTGOMERY, ALABAMA | WESLEY CHADWICK COOK | GA ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | TED G. MEADOWS | 36103-4160 | WILLIAM H. ROBERTSON, V | KY ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | GERALD B. TAYLOR, JR. | (334) 269-2343 | | LA ALSO ADMITTED IN LOUISIANA |
| R. GRAHAM ESDALE, JR. | FRANK WOODSON | | | MN ALSO ADMITTED IN MINNESOTA |
| JULIA ANNE BEASLEY | KENDALL C. DUNSON | TOLL FREE | OF COUNSEL: | MS ALSO ADMITTED IN MISSISSIPPI |
| RHON E. JONES | SCARLETTE M. TULEY | (800) 898-2034 | ALYCE S. ROBERTSON | MO ALSO ADMITTED IN MISSOURI |
| LABARRON N. BOONE | CHRISTOPHER E. SANSPREE | | | NY ALSO ADMITTED IN NEW YORK |
| ANDY D. BIRCHFIELD, JR. | ROMAN ASHLEY SHAUL | TELECOPIER | | OH ALSO ADMITTED IN OHIO |
| RICHARD D. MORRISON | W. ROGER SMITH, III | (334) 954-7555 | | OK ALSO ADMITTED IN OKLAHOMA |
| C. GIBSON VANCE | P. LEIGH O'DELL | | | PA ALSO ADMITTED IN PENNSYLVANIA |
| J. P. SAWYER | D. MICHAEL ANDREWS | BEASLEYALLEN.COM | | SC ALSO ADMITTED IN SOUTH CAROLINA |
| C. LANCE GOULD | BENJAMIN L. LOCKLAR | | | TN ALSO ADMITTED IN TENNESSEE |
| JOSEPH H. AUGHTMAN | LARRY A. GOLSTON, JR. | December 12, 2006 | | TX ALSO ADMITTED IN TEXAS |
| DANA G. TAUNTON | | | | DC ALSO ADMITTED IN WASHINGTON, D.C. |
| | | | | WV ALSO ADMITTED IN WEST VIRGINIA |

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

**VIA TELEFAX (205) 678-0000**
Kate Hortberg
Boardman, Carr, Weed & Hutcheson, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211

    RE:    A.G., et al. v. Autauga County Board of Education

Dear Kate:

    I am in receipt of your faxed letter dated December 12, 2006 concerning our revised request for production and addressing your objection to our original request.

    Obviously, you are mistaken in your belief that our revised request is requesting the same information. Having access to the computers would give us access to all of the information stored in the computer, which I agree is overly broad. In requesting an index of the computer files, you are only producing a list of computer files from that person's computer or from the central filing system, which came from that person's computer. Therefore, I would not have access to the file itself. Further, I have limited the scope of the request to the certain time period.

    Discussing this matter with my Information Technology person, he showed me how easy and accessible you can access the index with only three clicks of the mouse on a computer.

    Kate, we believe we have narrowed our request down as far as we can at this point. Until we are able to view the index of the computer files for each person, this all we are able to do.



EXHIBIT 4

Kate Hortberg Fax
December 12, 2006
Page 2 of 2

---

     Further, I have looked at *In Re: Ford Motor Company*, 345 Fed. 3d. 1315, (11th Cir. 2003), my interpretation of the case is that some of the data the Plaintiff's in that case requested is discoverable, but the district court failed to set out a factual finding in its Order granting the factual finding in granting its Order allowing the Plaintiff's access to certain Ford databases.

     In this case, we have not requested direct access to the Autauga County Board of Education database. We have only requested an index of computer files of certain board employees to see if there are other relevant documents in this case.

     If you are unable to produce the indexes for the persons that we have requested, then I believe we will have to see the judge on this issue.

                                           My best regards,

                                           BEASLEY, ALLEN, CROW,
                                             METHVIN, PORTIS & MILES, P.C.

                                           *Mike Crow/anc*

                                           MICHAEL J. CROW

MJC/anc

CC:   Rick Drummond     **VIA TELEFAX (251) 650-1264**