# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | J. MARK ENGLEHART ᵀˣ | *Attorneys at Law* | MELISSA A. PRICKETT | ᴬᶻ ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | CLINTON C. CARTER ᴬᴿ ᴷʸ ᴹˢ ᴹᴼ ᴾᴬ ᵀᴺ | | JOHN E. TOMLINSON | ᴬᴿ ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | BENJAMIN E. BAKER, JR. ᴳᴬ ᴺʸ ᴼᴷ ᵀᴺ ᴰᶜ | 218 COMMERCE STREET | NAVAN WARD, JR. ᴹˢ | ᶠᴸ ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | DAVID B. BYRNE, III | POST OFFICE BOX 4160 | WESLEY CHADWICK COOK | ᴳᴬ ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | TED G. MEADOWS ᴹᴺ ᴹˢ ᵀˣ ᴰᶜ ᵂⱽ | MONTGOMERY, ALABAMA | WILLIAM H. ROBERTSON, V | ᴷʸ ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | GERALD B. TAYLOR, JR. ᶠᴸ ᴹˢ ᵀᴺ ᵀˣ | 36103-4160 | | ᴸᴬ ALSO ADMITTED IN LOUISIANA |
| R. GRAHAM ESDALE, JR. | FRANK WOODSON | (334) 269-2343 | | ᴹᴺ ALSO ADMITTED IN MINNESOTA |
| JULIA ANNE BEASLEY | KENDALL C. DUNSON ᴳᴬ | | OF COUNSEL: | ᴹˢ ALSO ADMITTED IN MISSISSIPPI |
| RHON E. JONES | SCARLETTE M. TULEY | TOLL FREE | ALYCE S. ROBERTSON | ᴹᴼ ALSO ADMITTED IN MISSOURI |
| LABARRON N. BOONE | CHRISTOPHER E. SANSPREE ᴹˢ | (800) 898-2034 | | ᴺʸ ALSO ADMITTED IN NEW YORK |
| ANDY D. BIRCHFIELD, JR. | ROMAN ASHLEY SHAUL ᴬᴿ ᴸᴬ ᴹˢ ˢᶜ ᵀᴺ ᵂⱽ | | | ᴼᴴ ALSO ADMITTED IN OHIO |
| RICHARD D. MORRISON ᴹˢ | W. ROGER SMITH, III ᴬᶻ ᴹᴺ ᴹˢ ᵀᴺ ᵂⱽ | TELECOPIER | | ᴼᴷ ALSO ADMITTED IN OKLAHOMA |
| C. GIBSON VANCE | P. LEIGH O'DELL | (334) 954-7555 | | ᴾᴬ ALSO ADMITTED IN PENNSYLVANIA |
| J. P. SAWYER ᴹˢ ᴼᴴ | D. MICHAEL ANDREWS | | | ˢᶜ ALSO ADMITTED IN SOUTH CAROLINA |
| C. LANCE GOULD | BENJAMIN L. LOCKLAR | BEASLEYALLEN.COM | | ᵀᴺ ALSO ADMITTED IN TENNESSEE |
| JOSEPH H. AUGHTMAN | LARRY A. GOLSTON, JR. ᶠᴸ ᴰᶜ | | | ᵀˣ ALSO ADMITTED IN TEXAS |
| DANA G. TAUNTON | | | | ᴰᶜ ALSO ADMITTED IN WASHINGTON, D.C. |
| | | | | ᵂⱽ ALSO ADMITTED IN WEST VIRGINIA |
| | | | | JAMES W. TRAEGER |
| | | | | 1953-1987 |
| | | | | RONALD AUSTIN CANTY |
| | | | | 1963-2004 |

December 14, 2006

**VIA TELEFAX (205) 678-0000**
Kate Hortberg
Boardman, Carr, Weed & Hutcheson, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211

    RE:    A.G., et al. v. Autauga County Board of Education

Dear Kate:

I am in receipt of your faxed letter dated December 13, 2006.

I have enclosed a sample of a search done on my computer, which lists the document number and the date the document was modified.

Because of the type of software my firm uses, each document is assigned a number instead of a title or name. Also, with the search results/index, I would like to also know the date that the document was created, which can be shown on a printout, but is not shown on this printout.

Further, even though I mentioned that for now we would only like to see an index of the files on the computers listed in the discovery. I have not ruled out the fact of requesting the computers if the need arises.

With respect to the *Ford Motor Company* case, which you have cited, it is my understanding from reading the case that the *mandamus* was granted because the trial court gave the Plaintiffs access to two of the Ford Motor Company databases. That ruling is easily distinguishable from the request that Rick and I have made in this case. Therefore, I believe that opinion does not stand for the proposition that the Plaintiffs are not entitled to certain electronic data.


EXHIBIT 5

Kate Hortberg Fax
December 14, 2006
Page 2 of 2

---

      Please let me know your response.

                              My best regards,

                              BEASLEY, ALLEN, CROW,
                                METHVIN, PORTIS & MILES, P.C.

                              MICHAEL J. CROW

MJC/anc

Enclosure

CC:    Rick Drummond     **VIA TELEFAX (251) 650-1264**

# Search Results

File  Edit  View  Favorites  Tools  Help

Back    Search  Folders

Address: Search Results

**Other Places**
- Desktop
- My Computer
- My Documents
- My Network Places

**Details**

Search Results
System Folder

| Name | In Folder | Size | Date Modified |
|---|---|---|---|
| 1047403.doc | \\mike-crow\c$\Shadow | 25 KB | 10/14/2004 10:59 AM |
| 1218182.doc | \\mike-crow\c$\Shadow | 29 KB | 11/8/2004 9:19 AM |
| 1279301.doc | \\mike-crow\c$\Shadow | 21 KB | 3/16/2006 1:58 PM |
| 128151 | \\mike-crow\c$\Shadow | 30 KB | 12/27/2004 11:18 AM |
| 128333 | \\mike-crow\c$\Shadow | 23 KB | 5/24/2006 9:46 AM |
| 128377 | \\mike-crow\c$\Shadow | 32 KB | 11/9/2004 10:48 AM |
| 1298017.doc | \\mike-crow\c$\Shadow | 21 KB | 10/19/2004 10:05 AM |
| 1322060.doc | \\mike-crow\c$\Shadow | 27 KB | 10/12/2004 8:06 AM |
| 1326203.doc | \\mike-crow\c$\Shadow | 28 KB | 10/12/2004 2:16 PM |
| 1337068.doc | \\mike-crow\c$\Shadow | 38 KB | 10/14/2004 8:59 AM |
| 1337874.doc | \\mike-crow\c$\Shadow | 38 KB | 10/15/2004 11:26 AM |
| 1337959.doc | \\mike-crow\c$\Shadow | 23 KB | 10/15/2004 9:02 AM |
| 1347531.doc | \\mike-crow\c$\Shadow | 19 KB | 10/19/2004 2:41 PM |
| 1347536.doc | \\mike-crow\c$\Shadow | 19 KB | 10/19/2004 2:41 PM |
| 1347540.doc | \\mike-crow\c$\Shadow | 19 KB | 10/19/2004 2:42 PM |
| 1362487.doc | \\mike-crow\c$\Shadow | 23 KB | 10/26/2004 1:08 PM |
| 1365078.doc | \\mike-crow\c$\Shadow | 38 KB | 10/27/2004 11:56 AM |
| 1373189.doc | \\mike-crow\c$\Shadow | 23 KB | 11/1/2004 3:22 PM |
| 1373522.doc | \\mike-crow\c$\Shadow | 23 KB | 11/1/2004 3:51 PM |
| 1373605.doc | \\mike-crow\c$\Shadow | 22 KB | 11/2/2004 8:05 AM |
| 1374335.doc | \\mike-crow\c$\Shadow | 22 KB | 11/2/2004 8:06 AM |
| 1375285.doc | \\mike-crow\c$\Shadow | 23 KB | 11/2/2004 3:23 PM |
| 1375308.doc | \\mike-crow\c$\Shadow | 23 KB | 11/2/2004 11:05 AM |
| 1377691.doc | \\mike-crow\c$\Shadow | 31 KB | 11/3/2004 10:12 AM |
| 1377951.doc | \\mike-crow\c$\Shadow | 28 KB | 11/3/2004 3:25 PM |
| 1379270.doc | \\mike-crow\c$\Shadow | 38 KB | 11/4/2004 8:27 AM |
| 1380569.doc | \\mike-crow\c$\Shadow | 24 KB | 11/4/2004 10:20 AM |
| 1397622.doc | \\mike-crow\c$\Shadow | 22 KB | 11/9/2004 3:14 PM |
| 1397863.doc | \\mike-crow\c$\Shadow | 29 KB | 11/10/2004 8:08 AM |
| 1402531.doc | \\mike-crow\c$\Shadow | 39 KB | 11/11/2004 8:47 AM |
| 1403259.doc | \\mike-crow\c$\Shadow | 28 KB | 11/11/2004 9:19 AM |
| 1405146.doc | \\mike-crow\c$\Shadow | 29 KB | 11/12/2004 2:32 PM |
| 1405738.doc | \\mike-crow\c$\Shadow | 23 KB | 11/12/2004 8:22 AM |
| 1406371.doc | \\mike-crow\c$\Shadow | 25 KB | 11/12/2004 9:12 AM |
| 1415592.doc | \\mike-crow\c$\Shadow | 28 KB | 11/16/2004 11:00 AM |
| 1416440.doc | \\mike-crow\c$\Shadow | 31 KB | 11/16/2004 12:59 PM |
| 1431076.doc | \\mike-crow\c$\Shadow | 23 KB | 11/22/2004 3:23 PM |
| 1432185.doc | \\mike-crow\c$\Shadow | 22 KB | 11/22/2004 2:11 PM |
| 1447335.doc | \\mike-crow\c$\Shadow | 28 KB | 11/24/2004 10:12 AM |
| 1472508.doc | \\mike-crow\c$\Shadow | 28 KB | 12/8/2004 12:35 PM |
| 1472861.doc | \\mike-crow\c$\Shadow | 28 KB | 12/8/2004 12:30 PM |
| 1475056.doc | \\mike-crow\c$\Shadow | 25 KB | 1/19/2005 3:44 PM |
| 1484955.doc | \\mike-crow\c$\Shadow | 28 KB | 12/10/2004 12:54 PM |
| 1492624.doc | \\mike-crow\c$\Shadow | 29 KB | 12/13/2004 1:05 PM |
| 1497889.doc | \\mike-crow\c$\Shadow | 29 KB | 12/14/2004 4:02 PM |
| 1515670.doc | \\mike-crow\c$\Shadow | 29 KB | 12/21/2004 2:26 PM |
| 1516802.doc | \\mike-crow\c$\Shadow | 46 KB | 1/7/2005 9:06 AM |
| 1516934.doc | \\mike-crow\c$\Shadow | 34 KB | 1/6/2005 1:45 PM |
| 1524536.doc | \\mike-crow\c$\Shadow | 22 KB | 12/28/2004 8:58 AM |
| 1527226.doc | \\mike-crow\c$\Shadow | 24 KB | 12/29/2004 8:43 AM |
| 1533094.doc | \\mike-crow\c$\Shadow | 28 KB | 1/3/2005 8:12 AM |
| 1536753.doc | \\mike-crow\c$\Shadow | 29 KB | 1/4/2005 11:36 AM |
| 1543900.doc | \\mike-crow\c$\Shadow | 23 KB | 1/5/2005 3:45 PM |
| 1548204.doc | \\mike-crow\c$\Shadow | 25 KB | 1/6/2005 2:35 PM |
| 1549837.doc | \\mike-crow\c$\Shadow | 42 KB | 1/7/2005 9:07 AM |
| 1550959.doc | \\mike-crow\c$\Shadow | 23 KB | 1/7/2005 2:24 PM |
| 1565075.doc | \\mike-crow\c$\Shadow | 42 KB | 1/12/2005 1:11 PM |
| 1566647.doc | \\mike-crow\c$\Shadow | 32 KB | 1/12/2005 9:10 AM |

Tooltip on 128151: In Folder: \\mike-crow\c$\Shadow  Type: Microsoft Word Document  Size: 29.0 KB

470 objects