# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | J. MARK ENGLEHART TX | *Attorneys at Law* | JOHN E. TOMLINSON | AZ ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | CLINTON C. CARTER AR KY MS MO PA TN | 218 COMMERCE STREET | NAVAN WARD, JR. MS | AR ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | BENJAMIN E. BAKER, JR. GA NY OK TN WV | POST OFFICE BOX 4160 | WESLEY CHADWICK COOK | FL ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | DAVID B. BYRNE, III | MONTGOMERY, ALABAMA | WILLIAM H. ROBERTSON, V | GA ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | TED G. MEADOWS MN MS TX DC WV | 36103-4160 | | KY ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | GERALD B. TAYLOR, JR. FL MS TN TX | (334) 269-2343 | | LA ALSO ADMITTED IN LOUISIANA |
| R. GRAHAM ESDALE, JR. | FRANK WOODSON | | OF COUNSEL: | MN ALSO ADMITTED IN MINNESOTA |
| JULIA ANNE BEASLEY | KENDALL C. DUNSON GA | TOLL FREE | ALYCE S. ROBERTSON | MS ALSO ADMITTED IN MISSISSIPPI |
| RHON E. JONES | SCARLETTE M. TULEY | (800) 898-2034 | | MO ALSO ADMITTED IN MISSOURI |
| LABARRON N. BOONE | CHRISTOPHER E. SANSPREE MS | | | NY ALSO ADMITTED IN NEW YORK |
| ANDY D. BIRCHFIELD, JR. | ROMAN ASHLEY SHAUL AR LA MS SC TN WV | TELECOPIER | | OH ALSO ADMITTED IN OHIO |
| RICHARD D. MORRISON MS | W. ROGER SMITH, III AZ MN MS TN WV | (334) 954-7555 | | OK ALSO ADMITTED IN OKLAHOMA |
| C. GIBSON VANCE | P. LEIGH O'DELL | | | PA ALSO ADMITTED IN PENNSYLVANIA |
| J. P. SAWYER MS OH | D. MICHAEL ANDREWS | BEASLEYALLEN.COM | | SC ALSO ADMITTED IN SOUTH CAROLINA |
| C. LANCE GOULD | BENJAMIN L. LOCKLAR | | | TN ALSO ADMITTED IN TENNESSEE |
| JOSEPH H. AUGHTMAN | LARRY A. GOLSTON, JR. FL DC | | | TX ALSO ADMITTED IN TEXAS |
| DANA G. TAUNTON | MELISSA A. PRICKETT | | | DC ALSO ADMITTED IN WASHINGTON, D.C. |
| | | | | WV ALSO ADMITTED IN WEST VIRGINIA |

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

January 30, 2007

Kate Hortberg
Boardman, Carr, Weed & Hutcheson, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211

  RE: A.G., et al. v. Autauga County Board of Education

Dear Kate:

  I am in receipt of your letter dated January 15, 2007 along with the computer searches for Mrs. McAlpine, Mr. Ziegler, Mrs. Garrett, Mrs. Cleveland, Mr. Butler, and Mrs. Goodson.

  I would appreciate you providing me the same information, but instead of the search indicating the date the document was modified, I would appreciate you providing me a research document showing the date of origin of the document listed.

  Please let me know when you can provide that list.

  If you will look at my faxed letter dated December 14, 2006, where I mentioned I would like to have the date the document was created, if there is going to be a problem, please let me know at once.

        My best regards,

        BEASLEY, ALLEN, CROW,
         METHVIN, PORTIS & MILES, P.C.


        MICHAEL J. CROW

MJC/anc

