### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child;<br><br>     PLAINTIFFS,<br><br>VS.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION, et al.,<br><br>     DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO: 2:05-CV-1090-MEF<br>)<br>)<br>)<br>)<br>)<br>) |
| B.H., a minor child, by and through his mother and next of friend, D.S.,<br><br>     PLAINTIFFS,<br><br>VS.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION, et al.,<br><br>     DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)  CASE NO: 2:06-cv-0393-MEF<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS AUTAUGA COUNTY BOARD OF EDUCATION, JOSEPH L. BUTLER AND DENE W. CLEVELAND'S MOTION FOR EXTENSION OF TIME FOR RESPONDING TO PLAINTIFFS' MOTION TO COMPEL**

COME NOW the Defendants Autauga County Board of Education, Joseph L. Butler and Dene W. Cleveland, and respectfully move for an extension of time for the filing of their response to plaintiffs' Motion to Compel. In further support of this motion, these defendants state as follows:

1. In this Court's March 1, 2007 Order, the defendants were given until March 6, 2007 to respond to plaintiffs' Motion to Compel.

2. The defendants are attempting to resolve the matter with the plaintiffs.

3. The defendants, therefore, request that they be allowed until March 12, 2007 to file their response.

WHEREFORE, PREMISES CONSIDERED, Defendants Autauga County Board of Education, Joseph L. Butler and Dene W. Cleveland respectfully request an extension of time for the filing of their response to plaintiffs' Motion to Compel.

Respectfully submitted,

*s/Katherine C. Hortberg*
Mark S. Boardman (ASB-8572-B65M)
*E-mail:* [mboardman@boardmancarr.com](mailto:mboardman@boardmancarr.com)
Katherine C. Hortberg (ASB-5374-B34K)
*E-mail:* [khortberg@boardmancarr.com](mailto:khortberg@boardmancarr.com)
Counsel for the Autauga County Board of Education, Joseph L. Butler and Dene Cleveland
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile: (205) 678-0000

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this **5th** day of **March, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Mr. Terry C. Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, AL 35749-7009

    *s/Katherine C. Hortberg*
    OF COUNSEL