IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child;<br><br>PLAINTIFFS,<br><br>VS.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION, et al.,<br><br>DEFENDANTS. | CASE NO: 2:05-CV-1090-MEF<br><br>**MOTION GRANTED**<br>THIS 6th DAY OF March, 2007<br><br>_____<br>UNITED STATES MAGISTRATE JUDGE |
| B.H., a minor child, by and through his mother and next of friend, D.S.,<br><br>PLAINTIFFS,<br><br>VS.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION, et al.,<br><br>DEFENDANTS. | CASE NO: 2:06-cv-0393-MEF |

### DEFENDANTS AUTAUGA COUNTY BOARD OF EDUCATION, JOSEPH L. BUTLER AND DENE W. CLEVELAND'S MOTION FOR EXTENSION OF TIME FOR RESPONDING TO PLAINTIFFS' MOTION TO COMPEL

COME NOW the Defendants Autauga County Board of Education, Joseph L. Butler and Dene W. Cleveland, and respectfully move for an extension of time for the filing of their response to plaintiffs' Motion to Compel. In further support of this motion, these defendants state as follows: