THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., | * * * * * * * * * * | CIV. ACT. NO.: 2:05cv1090-MEF |
| Plaintiffs, | * * | |
| v. | * * | |
| AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, | * * * * | |
| Defendants. | * | |
| B.H., a minor child, by and through his mother and next of friend, D.S., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | |
| AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, | * * * * * | CIV. ACT. NO.: 2:06cv393-SRW |
| Defendants. | * * | |

## MOTION TO SHORTEN TIME FOR DEFENDANT'S TO RESPOND TO PLAINTIFFS TENTH REQUEST FOR PRODUCTION

Plaintiffs request the Court to shorten the time for Defendant's to respond to *Plaintiff's Tenth Request for Production of Documents* to twenty-one (21) days.

As grounds for their motion, they would show the following:

1.  The discovery cut-off in this case is April 12, 2007.

2. Plaintiffs have had difficulty obtaining discovery from the Defendants in this matter. (See Plaintiff's Motion to Compel – Document No. 89)

3. Plaintiffs counsel wrote defense counsel a letter dated March 15, 2007 requesting further information related to the discovery request and the Defendants production. (See Exhibit "A")

4. Since Plaintiffs counsel has not received a response to his letter dated March 15, 2007, it has required the Plaintiffs to file their *Tenth Request for Production*.

WHEREFORE, Plaintiffs request the Court to shorten the time to twenty-one (21) days for the Defendant to respond to the *Tenth Request for Production*.

/s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

/s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Terry Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

                                              /s/Michael J. Crow
                                              OF COUNSEL