IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. G., a minor child by and through her mother and next friend, K.C., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1090-MEF WO |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| B. H. A minor child, by and through his mother and next of friend, D. S., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv383-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 72), filed November 27, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The deposition transcripts shall be produced to plaintiffs, but only after the parties have submitted an agreed protective order relating to the documents, and the protective order has been entered in this case. Plaintiffs are responsible for submitting the proposed protective order to the court after

consultation with defendants.

    DONE, this 30th day of March, 2007.

                                  /s/ Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  UNITED STATES MAGISTRATE JUDGE