**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

April 2, 2007

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   A. G. Et al v. Autauga Co. BOE et al

Case No.:    2:05cv1090-MEF
              Document 99 Motion to Shorten Time for defendant's to
              Respond to plaintiff's 10th Request for Production

This Notice of Correction was filed in the referenced case this date to enter an attachment (Plaintiff's Tenth Request for Production of Documents to defendants Autauga County Board of Education, Joseph Butler and Dene Cleveland), which was inadvertently omitted when filing the Motion to Shorten Time.   A copy of the attachment is attached to this Notice of Correction..