THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | CIV. ACT. NO.: 2:05cv1090-MEF |
| B.H., a minor child, by and through his mother and next of friend, D.S., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | CIV. ACT. NO.: 2:06cv393-SRW |

**PLAINTIFF'S TENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT AUTAUGA COUNTY BOARD OF EDUCATION, JOSEPH BUTLER AND DENE CLEVELAND**

Pursuant to Rule 34, Federal Rules of Civil Procedure, Plaintiff requests that Defendant produce the following documents and things as follows:

1. Produce the following files from Janie Crawford's computer:

    a) Janie's Sublist, 72KB, Date Created: August 10, 2006;

      b)      Sublist, 265KB, Date Created: August 10, 2006.

2.      Produce the following files from Angel Garrett's computer:

      a)      File name, Wright-Butler, Date Created: October 22, 2004.

3.      Produce the following files from Gloria Goodson's computer;

      a)      Agenda, 25KB, Date Created: October 28, 2004;

      b)      Recommendations, 24KB, Date Created: October 28, 2004;

      c)      Sublist Memo, 25KB, Date Created: October 31, 2004;

      d)      Agenda, 24KB, Date Created: November 1, 2004;

      e)      Oct. 25, 27KB, Date Created: November 2, 2004;

      f)      Minutes 10-28-04, 31KB, Date Created: November 2, 2004;

      g)      Guideline Memo, 25KB, Date Created: November 4, 2004;

      h)      Principals Meeting Minutes, 31KB, Date Created: November 10, 2004;

      i)      Minutes-November 1, 2004, 25KB, Date Created: November 12, 2004;

      j)      Guidelines for Substitute Teachers, 28KB, Date Created: January 7, 2005;

      k)      Procedures for Utilization of Substitute Teachers, 27KB, Date Created: February 9, 2005.

      l)      Title IX Non-discrimination and Anti-harassment, 29KB, Date Created: January 20, 2006.

4. In the alternative, if the Defendant is unable to produce the files because of lack of knowledge or lack of manpower, Plaintiff requests the Defendants to produce the computers of Janie Crawford and Gloria Goodson.

/s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

/s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2007, I served the foregoing via US Postal Service to the following counsel:

Terry Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

                                            /s/Michael J. Crow
                                            OF COUNSEL