IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. G., a minor child by and through her mother and next friend, K.C., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1090-MEF WO |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| B. H. A minor child, by and through his mother and next of friend, D. S., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv393-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of defendant's motion to shorten time (Doc. # 99), filed March 22, 2007 and plaintiff's motion to set aside order (Doc. # 105), filed April 3, 2007, and for good cause, it is

ORDERED as follows:

1.  Document #99 is DENIED as moot in light of the telephone conference held

      on April 6, 2007.

2.     Doc. # 105 is DENIED in light of the telephone conference held on April 6, 2007.

DONE, this 9th day of April, 2007.

                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE