THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., | * * * * * * * * * * * |
| Plaintiffs, | * * |
| v. | * * |
| AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, | * CIV. ACT. NO.: 2:05cv1090-MEF * * * |
| Defendants. | * |

_____

| | |
|---|---|
| B.H., a minor child, by and through his mother and next of friend, D.S., | * * * |
| Plaintiffs, | * * |
| v. | * * |
| AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, | * CIV. ACT. NO.: 2:06cv393-SRW * * * |
| Defendants. | * * |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiffs may use one or more of the following exhibits in the trial of this matter:

1. Title IX Complaint (6/10/03);

2. School Board Organizational Chart;

3. Superintendent of Education;

4. Superintendent of Education Duties;

5. Board – Superintendent Relations;

6. Superintendent of Education;

7. Director of Personnel Services;

8. Suspension for Disciplinary Services;

9. Substitute Teachers;

10. Student Complaints and Grievances;

11. Sexual Harassment;

12. Title IX Nondiscrimination and Anti-Harassment;

13. Sandra Northington's Notes of November 1, 2004 – PHS Faculty Meeting;

14. Teacher Certification Record of Contract (10/20/05);

15. Jim Abraham Letter (11/15/04);

16. Angel Garrett – Investigation Report (10/22/04);

17. Dene Cleveland's Narrative;

18. Larry Butler Memo (10/31/04);

19. Larry Butler Memo (11/2/04);

20. Terry Wright's Job Application;

21. Terry Wright's Substitute Teacher License;

22. Autauga County Board of Education Payroll Records;

23. Stifflemire Memo (11/1/04);

24. Kleinschmidt email (2/24/05);

25. Mandatory Reporting Law (26-14-1-26-14-13);

26. Prattville High Absentee List (10/25/04);

27. Terry Wright Plea Transcript;

28. Prattville Intermediate School Faculty Meeting Minutes (10/24/04);

29. Prattville Junior High Faculty Meeting Minutes (11/1/04);

30. Prattville High School Faculty Meeting Minutes (11/1/04), See Exhibit 23;

31. Calhoun – Sub List;

32. Sub List – August 2004;

33. Sub List – September 2004;

34. Sub List – October 2004;

35. Boyd's/Stifflemire Memo (11/1/04);

36. Montgomery Advertiser Article (11/2/04);

37. Montgomery Advertiser Article (11/3/04);

38. Montgomery Advertiser Article (2/16/05).

39. Department of Human Resources Intake Report (10/29/04);

40. Notification of Field Inquiry (10/29/04);

41. Alabama Uniform Offense Report;

42. Affidavit for Search Warrant;

43. June Mabry Letter dated (11/2/04);

44. June Mabry Chronology;

45. Prattville Intermediate School Faculty Book;

46. Procedure for Utilization of Substitute Teachers;

47. Sandy Northington Faculty Meeting Notes 10/25/04;

48. Sandy Northington Faculty Meeting Notes 11/8/04;

49. Rosenzweig's Sexual Harassment Policy and Procedure;

50. Prattville Intermediate Parent-Student Handbook;

51. M.K. - Rosenzweig's Report;

52. A.L. - Rosenzweig's Report;

53. A.G. - Rosenzweig's Report;

54. D.A. - Rosenzweig's Report;

55. M.H. - Rosenzweig's Report;

56. B.H. - Rosenzweig's Report;

57. Prattville Elementary Student Handbook;

58. Janie McAlpine's "My Document" Folder, 3/6/07, (4 pgs);

59. Dene Cleveland's "My Document" Folder, 3/6/07, (1 pg);

60. Gloria Goodson's "My Document" Folder, 3/6/07, (46 pgs);

61. Dene Cleveland's "My Document" Folder, 4/5/07, (6 pgs).

Plaintiff's reserve the right to supplement their exhibit list once the Defendants have responded to all of the Plaintiff's discovery, complied with all of the Court's Orders concerning Discovery, and/or other exhibits made known to Plaintiff's after exchanging exhibit lists.

/s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

    /s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy of the same in the U.S. Mail, first class postage prepaid, on this the 23rd day of April, 2007.

    /s/Michael J. Crow
    OF COUNSEL

Terry Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532