THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| **A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT,**<br><br>    **Defendants.** | CIV. ACT. NO.: 2:05cv1090-MEF |
| **B.H., a minor child, by and through his mother and next of friend, D.S.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT,**<br><br>    **Defendants.** | CIV. ACT. NO.: 2:06cv393-SRW |

## PLAINTIFF'S WITNESS LIST

Plaintiffs may call one or more of the following witnesses in the trial of this matter:

| #: | WITNESS: | ADDRESS: | WILL/MAY CALL: |
|---|---|---|---|
| 1. | Billy Allen | 718 Francis Street<br>Prattville, Alabama | May Call |

| | | | |
|---|---|---|---|
| 2. | Danielle Allen | 718 Francis Street<br>Prattville, Alabama | Will Call |
| 3. | Debra Allen | 718 Francis Street<br>Prattville, Alabama | May Call |
| 4. | Amy Boyd | 373 Felder Avenue<br>Montgomery, Alabama | Will Call |
| 5. | Larry Butler | 153 N. 4th Street<br>Prattville, Alabama | Will Call |
| 6. | Teresa Calhoun | 403 Runway Drive<br>Deatsville, Alabama | Will Call |
| 7. | Dene Cleveland | 153 N. 4th Street<br>Prattville, Alabama | Will Call |
| 8. | James Cooley | 820 Cottage Lane<br>Prattville, Alabama | May Call |
| 9. | Kelly Cooley | 820 Cottage Lane<br>Prattville, Alabama | May Call |
| 10. | Janie Crawford | 153 W. 4th Street<br>Prattville, Alabama | Will Call |
| 11. | Angel Garrett | 2014 Vonica Rose<br>Deatsville, Alabama | Will Call |
| 12. | Gloria Goodson | 153 W. 4th Street<br>Prattville, Alabama | Will Call |
| 13. | Ashlyn Guillotte | 820 Cottage Lane<br>Prattville, Alabama | Will Call |
| 14. | James Harry | Prattville Police Department<br>101 W. Main Street<br>Prattville, Alabama | Will Call |
| 15. | Lee Hicks | 1315 Upper Kingston Road<br>Prattville, Alabama | Will Call |
| 16. | James Abraham | 134 Patrick Street<br>Prattville, Alabama 36067 | Will Call |
| 17. | Brandon Holder | 116 Patrick Street<br>Prattville, Alabama 36067 | Will Call |
| 18. | Beverly Holton | 212 Stewart Street<br>Prattville, Alabama 36067 | May Call |
| 19. | Ken Holton | 212 Stewart Street<br>Prattville, Alabama 36067 | May Call |
| 20. | Morgan Holton | 212 Stewart Street<br>Prattville, Alabama 36067 | Will Call |
| 21. | Onya Johnson | 203 N. Court Street<br>Prattville, Alabama 36067 | Will Call |
| 22. | Karen Klein | 718 Mimosa Road<br>Prattville, Alabama | May Call |
| 23. | Mark Klein | 718 Mimosa Road<br>Prattville, Alabama | May Call |
| 24. | Morgan Klein | 718 Mimosa Road | Will Call |

|     |                     |                                                                                  |          |
|-----|---------------------|----------------------------------------------------------------------------------|----------|
|     |                     | Prattville, Alabama                                                              |          |
| 25. | Amanda Ledyard      | 101 Graylynn Drive<br>Prattville, Alabama                                         | Will Call |
| 26. | June Mabry          | 5103 Gordon Persons Boulevard<br>Montgomery, Alabama 36106                        | Will Call |
| 27. | Daryl Mangrum       | Prattville Police Department<br>101 W. Main Street<br>Prattville, Alabama         | Will Call |
| 28. | Lori McVay          | 200 Hidden Valley Road<br>Deatsville, Alabama                                     | May Call |
| 29. | Sandra Northington  | 1501 Northington Road<br>Prattville, Alabama 36067                                | May Call |
| 30. | Marty Roney         | Montgomery Advertiser<br>425 Molton Street<br>Montgomery, Alabama 36104           | Will Call |
| 31. | Katherine Russell   | 1036 Magnolia Curve<br>Montgomery, Alabama 36106                                  | Will Call |
| 32. | Kevin Smith         | 1324 Upper Kingston Road<br>Prattville, Alabama 36067                             | Will Call |
| 33. | Deborah Smith       | 116 Patrick Street<br>Prattville, Alabama 36067                                   | May Call |
| 34. | Marilyn Smith       | 610 Mimosa Road<br>Prattville, Alabama                                            | May Call |
| 35. | Roger Stifflemire   | 2140 County Road 85<br>Deatsville, Alabama 36022                                  | Will Call |
| 36. | Carla Thornton      | 101 Graylynn Drive<br>Prattville, Alabama                                         | May Call |
| 37. | Alfred Wadsworth    | Prattville Police Department<br>101 W. Main Street<br>Prattville, Alabama         | Will Call |
| 38. | Terry Wright        | Limestone Correctional Facility, Dorm 16<br>28779 Nick Davis Road<br>Harvest, Alabama 35749-7009 | May Call |
| 39. | Bobby Ziegler       | 153 W. 4th Street<br>Prattville, Alabama                                          | May Call |
| 40. | Marianne Rosenzweig | 1704 Dearing Place<br>Tuscaloosa, Alabama                                         | Will Call |
| 41. | Jannah Bailey       | 935 S. Perry Street<br>Montgomery, Alabama 36104                                  | May Call |
| 42. | Lt. John McDaniel   | Prattville Police Department<br>101 W. Main Street<br>Prattville, Alabama         | Will Call |
| 43. | Lawrence Horn       | 510 Mt. Airy Drive<br>Prattville, Alabama                                         | May Call |
| 44. | Nancy Jackson       | 134 Patrick Street                                                                | May Call |

|     |                     |                                                                                         |          |
|-----|---------------------|-----------------------------------------------------------------------------------------|----------|
|     |                     | Prattville, Alabama                                                                     |          |
| 45. | Norman Kleinschmidt | 216 Wetumpka Street<br>Prattville, Alabama                                              | Will Call |
| 46. | Deann Porter        | Autauga County Courthouse<br>Prattville, Alabama                                        | May Call |
| 47. | Cpl. Tousignait     | Prattville Police Department<br>101 W. Main Street<br>Prattville, Alabama               | Will Call |
| 48. | Sgt. Barlow         | Prattville Police Department<br>101 W. Main Street<br>Prattville, Alabama               | Will Call |
| 49. | Shelby Horne        | 570 Mt. Airy Drive<br>Prattville, Alabama                                               | Will Call |
| 50. | Tonya Tucker        | Prattville, Alabama                                                                     | Will Call |
| 51. | Brittany Clements   | Prattville, Alabama                                                                     | Will Call |
| 52. | Cheryl Goodwin      | Prattville, Alabama                                                                     | Will Call |
| 53. | Katie Goodwin       | Prattville, Alabama                                                                     | Will Call |
| 54. | Lee Gray            | Prattville, Alabama                                                                     | Will Call |
| 55. | Terry Shavers       | Prattville, Alabama                                                                     | Will Call |
| 56. | Scott Thomas        | Beasley, Allen, Crow, Methvin,<br>Portis & Miles, P.C.<br>218 Commerce Street<br>Montgomery, Alabama 35104 | May Call |

        /s/Michael J. Crow
        MICHAEL J. CROW (CR039)
        Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

        /s/Robert D. Drummond  
        ROBERT D. DRUMMOND (DRU004)  
        Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law  
323 De LaMare  
Fairhope, AL 36532  
(251) 990-6249

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Terry Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

            /s/Michael J. Crow
            OF COUNSEL