THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | * * * * * * * * * * * * * * * * * * * * CIV. ACT. NO.: 2:05cv1090-MEF |
| B.H., a minor child, by and through his mother and next of friend, D.S., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | * * * * * * * * * * * * * * CIV. ACT. NO.: 2:06cv393-SRW |

**PLAINTIFF'S DESIGNATED DEPOSITION**
**TESTIMONY TO BE USED AT TRIAL**

Plaintiffs will use the following deposition excerpts of Terry Wright at the trial of this matter. The deposition excerpts to be used are as follows:

Pg. 3, line 22 and 23;

Pg. 4, line 1;

Pg. 4, line 23;

Pg. 5, lines 1-12;

Pg. 6, lines 10-14;

Pg. 7, lines 5-9;

Pg. 8, lines 7-14;

Pg. 9, lines 8-23;

Pg. 10, lines 1-4, 9-11;

Pg. 12, lines 12-15;

Pg. 20, lines 16 and 17;

Pg. 23, lines 14-16;

Pg. 25, line 23;

Pg. 26, lines 14-16, 20-23;

Pg. 27, lines 1-2;

Pg. 28, lines 5-12;

Pg. 29, lines 5-8;

Pg. 30, lines 4-6;

Pg. 32, line 18-22;

Pg. 33, lines 12-14;

Pg. 40, lines 22 and 23;

Pg. 41, lines 1, 22 and 23;

Pg. 42, lines 1-18;

Pg. 44, lines 20-23;

Pg. 45, lines 1-9, 16-18;

Pg. 71, lines 13-15;

Pg. 73, lines 7-11, 22, 23;

Pg. 74, lines 1, 5-8, 17-23;

Pg. 75, lines 1-5, 15-23;

Pg. 76, lines 1-8;

Pg. 77, lines 8-19;

Pg. 78, lines 9-17, 22, and 23;

Pg. 79, lines 1 and 2;

Pg. 80, lines 3-7, 11, 12;

Pg. 81, lines 16-18;

Pg. 82, lines 14-18;

Pg. 83, line 9;

Pg. 84, lines 13-15;

Pg. 87, line 23;

Pg. 88, lines 1-23;

Pg. 89, lines 1, 2, 16-22;

Pg. 90, lines 1-3, 7-10, 15-21;

Pg. 91, lines 2-4, 10-20;

Pg. 93, lines 16-23;

Pg. 94, lines 1-14, 18-20;

Pg. 95, lines 7-16;

Pg. 97, line 20-23;

Pg. 98, line 1, 2, 5-23;

      Pg. 99, lines 1-8, 17-23;

      Pg. 100, lines 1-14, 23;

      Pg. 101, lines 1-3;

      Pg. 110, lines 22 and 23;

      Pg. 111, lines 1, 2, 5, 6;

      Pg. 113, lines 16-23;

      Pg. 114, lines 1-7.

                                                 /s/Michael J. Crow
                                                 MICHAEL J. CROW (CR039)
                                                 Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

                                               /s/Robert D. Drummond
                                             ROBERT D. DRUMMOND (DRU004)
                                             Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Terry Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

                                                    /s/Michael J. Crow
                                                    OF COUNSEL