# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| A.G., a minor child; D.A., a minor child; | ) | |
| A.L., a minor child; M.K., a minor child; | ) | |
| and M.H., a minor child; | ) | |
| | ) | |
|     PLAINTIFFS, | ) | |
| | ) | **CASE NO: 2:05-CV-1090-MEF** |
| VS. | ) | |
| | ) | |
| AUTAUGA COUNTY BOARD OF | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
|     DEFENDANTS. | ) | |

_____

| | | |
|---|---|---|
| B.H., a minor child, by and through his | ) | |
| mother and next of friend, D.S., | ) | |
| | ) | |
|     PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | **CASE NO: 2:06-CV-0393-MEF** |
| | ) | |
| AUTAUGA COUNTY BOARD OF | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
|     DEFENDANTS. | ) | |
| | ) | |

## AUTAUGA COUNTY BOARD OF EDUCATION, JOSEPH L. BUTLER AND DENE CLEVELAND'S WITNESS LIST

COME NOW Defendants Autauga County Board of Education, Joseph L. Butler and

Dene Cleveland and pursuant to this Court's pretrial scheduling Order, and submits this, their

witness list, for trial:

I. At trial, the defendants currently plan to call the following witnesses:

1.     Defendant Joseph L. Butler, employee of Autauga County Board of Education, c/o

Autauga County Board of Education, 153 West 4th Street, Prattville, Alabama 36067, (334)365-5706;

2.    Defendant Dene Cleveland, employee of Autauga County Board of Education, c/o Autauga County Board of Education, 153 West 4th Street, Prattville, Alabama 36067, (334)365-5706;

3.    Janie Crawford, c/o Autauga County Board of Education, 153 West 4th Street, Prattville, Alabama 36067, (334)365-5706;

4.    Records custodian from the Autauga County Board of Education, c/o Autauga County Board of Education, 153 West 4th Street, Prattville, Alabama 36067, (334)365-5706

II.  At trial, the defendants may call the following witnesses:

1.    Gloria Goodson, c/o Autauga County Board of Education, 153 West 4th Street, Prattville, Alabama 36067, (334)365-5706;

2.    Bobby Zeigler, c/o Autauga County Board of Education, 153 West 4th Street, Prattville, Alabama 36067, (334)365-5706;

3.    Officer James Harry, c/o Prattville Police Department, 101 West Main Street, Prattville, Alabama 36067, (334) 361-3671;

4.    Lieutenant Daryl Mangrum, c/o Prattville Police Department, 101 West Main Street, Prattville, Alabama 36067, (334) 361-3671;

5.    Angel Garrett, c/o Autauga County Board of Education, 153 West 4th Street,

Prattville, Alabama 36067, (334)365-5706;

6.     Debbie May, c/o Autauga County Board of Education, 153 West 4th Street,

Prattville, Alabama 36067, (334)365-5706;

7.     Jim Abraham, c/o Autauga County Board of Education, 153 West 4th Street,

Prattville, Alabama 36067, (334)365-5706;

8.     Nancy Jackson, c/o Autauga County Board of Education, 153 West 4th Street,

Prattville, Alabama 36067, (334)365-5706;

9.     Roger Stifflemire, c/o Autauga County Board of Education, 153 West 4th Street,

Prattville, Alabama 36067, (334)365-5706

10.     Lee Hicks, c/o Autauga County Board of Education, 153 West 4th Street, Prattville,

Alabama 36067, (334)365-5706;

11.     Sandra Northington, c/o Autauga County Board of Education, 153 West 4th Street,

Prattville, Alabama 36067, (334)365-5706;

12.     Amy Boyd, c/o Autauga County Board of Education, 153 West 4th Street, Prattville,

Alabama 36067, (334)365-5706;

13.     Theresa Calhoun, c/o Autauga County Board of Education, 153 West 4th Street,

Prattville, Alabama 36067, (334)365-5706;

14.     Norm Kleinschmidt, c/o Autauga County Board of Education, 153 West 4th Street,

Prattville, Alabama 36067, (334)365-5706;

15.     Demecia Austin, 626 Sawmill Quarters Road, Prattville, Alabama, 36067, (334) 358-0705;

16.     Prattville Intermediate School students who can testify as to actions taken by Colonel Wright on October 20, 2004 at Prattville Intermediate School, but whose identities cannot be disclosed because of federal privacy laws, including FERPA; and

17.     Any member of the Autauga County Board of Education, 153 West 4th Street, Prattville, Alabama 36067, (334) 365-5706.

Any other witnesses needed for rebuttal, impeachment, authentication, corroboration, and/or to address issues previously not raised in this case, but raised by plaintiffs or any other defendant at trial, in accordance with the Court's rulings, Pretrial Order, the Federal Rules of Civil Procedure and Federal Rules of Evidence

By disclosing the witnesses above, the defendants do not agree or stipulate that any or all of the testimony of any such witness or any deposition the witness may have given (in its entirety) is admissible and reserves its right to object as allowed by the Court's pretrial Order, the Federal Rules of Evidence and the Federal Rules of Civil Procedure. Though the defendants do not anticipate any other witnesses, as their right, the defendants reserve the right to call any witnesses listed or called by any other party to which the defendants do not object or witnesses for rebuttal, impeachment, corroboration or authentication of evidence or testimony, and in addition, for any unanticipated general or specific issue which may arise at trial concerning any aspect of the allegations.

Respectfully submitted,

s/Katherine C. Hortberg
Mark S. Boardman (ASB-8572-B65M)
E-mail:  mboardman@boardmancarr.com

4

Katherine C. Hortberg (ASB-5374-B34K)
*E-mail:* *khortberg@boardmancarr.com*
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone:  (205) 678-8000
Facsimile:  (205) 678-0000

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this **25th** day of April**, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Mr. Terry C. Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, AL 35749-7009

      *s/Katherine C. Hortberg*
      OF COUNSEL