IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; A.L., a minor child; M.K., a minor child; and M.H., a minor child;<br><br>    PLAINTIFFS,<br><br>VS.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION, et al.,<br><br>    DEFENDANTS. | CASE NO: 2:05-CV-1090-MEF |
| B.H., a minor child, by and through his mother and next of friend, D.S.,<br><br>    PLAINTIFFS,<br><br>VS.<br><br>AUTAUGA COUNTY BOARD OF EDUCATION, et al.,<br><br>    DEFENDANTS. | CASE NO: 2:06-CV-0393-MEF |

**DEFENDANTS' DESIGNATED DEPOSITION TESTIMONY
WHICH MAY BE USED AT TRIAL**

COME NOW Defendants Autauga County Board of Education, Joseph L. Butler and Dene Cleveland and provide the following deposition transcript excerpts of Dene Cleveland which may be used at the trial of this matter:

    Page 6, lines 12 - 14;

    Page 8, lines 21 - 23;

Page 9, lines 1 - 4 and 9 - 11;

Page 10, lines 1 - 11 and 19 - 23;

Page 11, lines 1 - 2;

Page 14, lines 12 - 18;

Page 15, lines 18 - 23;

Page 18, lines 17 - 22;

Page 19, lines 18 - 21;

Page 26, lines 13 - 23;

Page 27, lines 1 - 5 and 20 - 23;

Page 28, lines 1 - 2;

Page 30, lines 4 - 6;

Page 40, lines 18 - 23;

Page 41 , lines 1 - 5 and 16 - 18;

Page 42, lines 1 - 2 and 9 - 10;

Page 44, lines 3 - 5 and 8 - 20;

Page 47, lines 4 - 5 and 11 - 20;

Page 48, lines 4 - 9;

Page 50, lines 9 - 19;

Page 54, lines 15 - 17;

Page 55, lines 1 - 7;

Page 56, lines 6 - 18;

Page 58, lines 15 - 20;

Page 59, lines 11 - 12;

Page 60, lines 20 - 22;

Page 61, lines 6 - 11 and 14 - 22;

Page 62, lines 17 - 18;

Page 63, lines 18 - 23;

Page 64, line 1 and lines 4 - 5 and lines 8 - 9;

Page 65, lines 11 - 18;

Page 66, lines 1 - 5;

Page 75, lines 4 - 23;

Page 76, lines 1 - 10;

Page 78, lines 9 - 23;

Page 79, lines 4 - 5;

Page 82, lines 11 - 17;

Page 85, lines 9 - 15;

Page 87, lines 14 - 23;

Page 88, lines 1 - 3;

Page 89, lines 14 - 21;

Page 90, lines 2 - 7;

Page 96, lines 4 - 23;

Page 97, lines 1 - 8;

Page 98, lines 11- 14;

Page 103, lines 4 - 8;

Page 104, lines 16 - 23;

Page 105, lines 3 - 6 and 11 - 19;

Page 109, lines 9 - 18;

Page 117, lines 14 - 17;

Page 118, lines 19 - 23;

Page 119, lines 6 - 23;

Page 120, lines 1 - 3 and 6 - 9.

Respectfully submitted,

*s/Katherine C. Hortberg*
Mark S. Boardman (ASB-8572-B65M)
*E-mail:  mboardman@boardmancarr.com*
Katherine C. Hortberg (ASB-5374-B34K)
*E-mail:  khortberg@boardmancarr.com*
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone:  (205) 678-8000
Facsimile:  (205) 678-0000

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **25th** day of April**, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Mr. Terry C. Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, AL 35749-7009

*s/Katherine C. Hortberg*
OF COUNSEL