THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., <br><br>    Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br>    Defendants. | * <br> * <br> * <br> * <br> * <br> * CIV. ACT. NO.: 2:05cv1090-MEF <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| B.H., a minor child, by and through his mother and next of friend, D.S., <br><br>    Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br>    Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * CIV. ACT. NO.: 2:06cv393-SRW <br> * <br> * <br> * <br> * <br> * <br> * |

## PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

Plaintiffs may call one or more of the following witnesses in the trial of this matter:

| #: | WITNESS: | ADDRESS: | PHONE: | WILL/MAY CALL: |
|---|---|---|---|---|
| 1. | Billy Allen | 718 Francis Street Prattville, Alabama | (334) 358-7776 | May Call |

| 2.  | Danielle Allen   | 718 Francis Street Prattville, Alabama                                      | (334) 358-7776 | Will Call |
|-----|------------------|-----------------------------------------------------------------------------|----------------|-----------|
| 3.  | Debra Allen      | 718 Francis Street Prattville, Alabama                                      | (334) 358-7776 | May Call  |
| 4.  | Amy Boyd         | 373 Felder Avenue Montgomery, Alabama                                       | (334) 365-5706 | Will Call |
| 5.  | Larry Butler     | 153 N. 4th Street Prattville, Alabama                                       | (334) 365-5706 | Will Call |
| 6.  | Teresa Calhoun   | 403 Runway Drive Deatsville, Alabama                                        | (334) 365-5706 | Will Call |
| 7.  | Dene Cleveland   | 153 N. 4th Street Prattville, Alabama                                       | (334) 365-5706 | Will Call |
| 8.  | James Cooley     | 820 Cottage Lane Prattville, Alabama                                        | (334) 491-4913 | May Call  |
| 9.  | Kelly Cooley     | 820 Cottage Lane Prattville, Alabama                                        | (334) 491-4913 | May Call  |
| 10. | Janie Crawford   | 153 W. 4th Street Prattville, Alabama                                       | (334) 365-5706 | Will Call |
| 11. | Angel Garrett    | 2014 Vonica Rose Deatsville, Alabama                                        | (334) 365-5706 | Will Call |
| 12. | Gloria Goodson   | 153 W. 4th Street Prattville, Alabama                                       | (334) 365-5706 | Will Call |
| 13. | Ashlyn Guillotte | 820 Cottage Lane Prattville, Alabama                                        | (334) 491-4913 | Will Call |
| 14. | James Harry      | Prattville Police Department 101 W. Main Street Prattville, Alabama         | (334) 361-3671 | Will Call |
| 15. | Lee Hicks        | 1315 Upper Kingston Road Prattville, Alabama                                | (334) 365-5706 | Will Call |
| 16. | James Abraham    | 134 Patrick Street Prattville, Alabama 36067                                | (334) 365-5706 | Will Call |
| 17. | Brandon Holder   | 116 Patrick Street Prattville, Alabama 36067                                | (334) 491-2088 | Will Call |
| 18. | Beverly Holton   | 212 Stewart Street Prattville, Alabama 36067                                | (334) 358-5545 | May Call  |
| 19. | Ken Holton       | 212 Stewart Street Prattville, Alabama 36067                                | (334) 358-5545 | May Call  |
| 20. | Morgan Holton    | 212 Stewart Street Prattville, Alabama 36067                                | (334) 358-5545 | Will Call |

| 21. | Onya Johnson | 203 N. Court Street Prattville, Alabama 36067 | (334) 358-5000 | Will Call |
|---|---|---|---|---|
| 22. | Karen Klein | 718 Mimosa Road Prattville, Alabama | (334) 361-8991 | May Call |
| 23. | Mark Klein | 718 Mimosa Road Prattville, Alabama | (334) 361-8991 | May Call |
| 24. | Morgan Klein | 718 Mimosa Road Prattville, Alabama | (334) 361-8991 | Will Call |
| 25. | Amanda Ledyard | 101 Graylynn Drive Prattville, Alabama | (334) 358-4844 | Will Call |
| 26. | June Mabry | 5103 Gordon Persons Boulevard Montgomery, Alabama 36106 | (334) 242-9977 | Will Call |
| 27. | Daryl Mangrum | Prattville Police Department 101 W. Main Street Prattville, Alabama | (334) 361-3671 | Will Call |
| 28. | Lori McVay | 200 Hidden Valley Road Deatsville, Alabama | (334) 285-4707 | May Call |
| 29. | Sandra Northington | 1501 Northington Road Prattville, Alabama 36067 | (334) 361-1751 | May Call |
| 30. | Marty Roney | Montgomery Advertiser 425 Molton Street Montgomery, Alabama 36104 | (334) 262-1611 | Will Call |
| 31. | Katherine Russell | 1036 Magnolia Curve Montgomery, Alabama 36106 | (334) 491-8600 | Will Call |
| 32. | Kevin Smith | 1324 Upper Kingston Road Prattville, Alabama 36067 | (334) 365-8280 | Will Call |
| 33. | Deborah Smith | 116 Patrick Street Prattville, Alabama 36067 | (334) 491-2088 | May Call |
| 34. | Marilyn Smith | 610 Mimosa Road Prattville, Alabama | (334) 365-5677 | May Call |
| 35. | Roger Stifflemire | 2140 County Road 85 Deatsville, Alabama 36022 | (334) 365-9888 | Will Call |

| | | | | |
|---|---|---|---|---|
| 36. | Carla Thornton | 101 Graylynn Drive Prattville, Alabama | (334) 358-4844 | May Call |
| 37. | Alfred Wadsworth | Prattville Police Department 101 W. Main Street Prattville, Alabama | (334) 361-3671 | Will Call |
| 38. | Terry Wright | Limestone Correctional Facility, Dorm 16 28779 Nick Davis Road Harvest, Alabama 35749-7009 | (256) 233-4600 | May Call |
| 39. | Bobby Ziegler | 153 W. 4th Street Prattville, Alabama | (334) 365-5706 | May Call |
| 40. | Marianne Rosenzweig | 1704 Dearing Place Tuscaloosa, Alabama | (205) 391-9520 | Will Call |
| 41. | Jannah Bailey | 935 S. Perry Street Montgomery, Alabama 36104 | (334) 262-1220 | May Call |
| 42. | Lt. John McDaniel | Prattville Police Department 101 W. Main Street Prattville, Alabama | (334) 361-3671 | Will Call |
| 43. | Lawrence Horn | 510 Mt. Airy Drive Prattville, Alabama | (334) 491-5596 | May Call |
| 44. | Nancy Jackson | 134 Patrick Street Prattville, Alabama | (334) 365-7506 | May Call |
| 45. | Norman Kleinschmidt | 216 Wetumpka Street Prattville, Alabama | (334) 365-5706 | Will Call |
| 46. | Deann Porter | Autauga County Courthouse Prattville, Alabama | (334) 361-3766 | May Call |
| 47. | Cpl. Tousignait | Prattville Police Department 101 W. Main Street Prattville, Alabama | (334) 361-3671 | Will Call |
| 48. | Sgt. Barlow | Prattville Police Department 101 W. Main Street Prattville, Alabama | (334) 361-3671 | Will Call |
| 49. | Shelby Horne | 570 Mt. Airy Drive Prattville, Alabama | (334) 491-5596 | Will Call |
| 50. | Tonya Tucker | Prattville, Alabama | (334) 365-3524 | Will Call |
| 51. | Brittany Clements | Prattville, Alabama | (334) 365-3524 | Will Call |
| 52. | Cheryl Goodwin | Prattville, Alabama | (334) 262-4418 | Will Call |

| 53. | Katie Goodwin | Prattville, Alabama | (334) 262-4418 | Will Call |
| 54. | Lee Gray | Prattville, Alabama | (334) 365-5706 | Will Call |
| 55. | Terry Shavers | Prattville, Alabama | (334) 365-5706 | Will Call |
| 56. | Scott Thomas | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. 218 Commerce Street Montgomery, Alabama 35104 | (334) 269-2343 | May Call |

        /s/Michael J. Crow
        MICHAEL J. CROW (CR039)
        Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

                                                                 /s/Robert D. Drummond
                                                                 ROBERT D. DRUMMOND (DRU004)
                                                                 Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Terry Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

                                                   /s/Michael J. Crow
                                                   OF COUNSEL