IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; ) <br> A.L., a minor child; M.K., a minor child; ) <br> and M.H., a minor child;                ) <br>                                          ) <br>     PLAINTIFFS,                        ) <br>                                          ) <br> VS.                                      ) <br>                                          ) <br> AUTAUGA COUNTY BOARD OF                  ) <br> EDUCATION, et al.,                       ) <br>                                          ) <br>     DEFENDANTS.                        ) | CASE NO: 2:05-CV-1090-MEF |

_____

| | |
|---|---|
| B.H., a minor child, by and through his  ) <br> mother and next of friend, D.S.,         ) <br>                                          ) <br>     PLAINTIFFS,                        ) <br>                                          ) <br> VS.                                      ) <br>                                          ) <br> AUTAUGA COUNTY BOARD OF                  ) <br> EDUCATION, et al.,                       ) <br>                                          ) <br>     DEFENDANTS.                        ) <br>                                          ) | CASE NO: 2:06-CV-0393-MEF |

**DEFENDANTS' RESPONSE TO DESIGNATED DEPOSITION TESTIMONY
TO BE USED AT TRIAL**

COME NOW Defendants Autauga County Board of Education, Joseph L. Butler and Dene Cleveland and provide the following responsive parts of the deposition transcript of Terry Wright expected to be used at the trial of this matter:

Page 10, lines 5 - 8 and 15 - 17;

Page 11, lines 13 - 23;

Page 12, lines 1 - 11 and 16 - 23;

Page 13, lines 1 - 4;

Page 35, lines 9 - 23;

Page 36, lines 1 - 5;

Page 37, lines 12 - 23;

Page 38, lines 1 - 2 and 13 - 23;

Page 39 line 1;

Page 42, lines 19 - 20;

Page 43, lines 10 - 19;

Page 45, lines 10 - 15;

Page 56, lines 4 - 6 and 13 - 20;

Page 74, lines 9 - 16;

Page 80, lines 13 - 19;

Page 85 lines 1 - 16;

Page 91, lines 5 - 6;

Page 96, line 23;

Page 97, lines 1 - 8 and 12 - 19;

Page 101, lines 8 - 21;

Page 109, lines 11 - 16;

Page 110, lines 1 - 6 and 13 - 16;

Page 112, lines 3 - 6 and 14 - 23;

Page 113, lines 1 - 12.

                Respectfully submitted,

                *s/Katherine C. Hortberg*
                Mark S. Boardman (ASB-8572-B65M)
                *E-mail:* mboardman@boardmancarr.com
                Katherine C. Hortberg (ASB-5374-B34K)
                *E-mail:* khortberg@boardmancarr.com
                BOARDMAN, CARR & HUTCHESON, P.C.
                400 Boardman Drive
                Chelsea, Alabama 35043-8211
                Telephone:  (205) 678-8000
                Facsimile:  (205) 678-0000

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this **30th** day of **April, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael J. Crow, Esq. | Robert D. Drummond, Jr., Esq. |
| BEASLEY, ALLEN, CROW, METHVIN, | 323 De La Mare Avenue |
| PORTIS & MILES, P.C. | Fairhope, Alabama 36532 |
| P. O. Box 4160 | |
| Montgomery, Alabama 36103-4160 | Mr. Terry C. Wright, AIS 247561 |
| | Limestone Correctional Facility, Dorm 16 |
| | 28779 Nick Davis Road |
| | Harvest, AL 35749-7009 |

                *s/Katherine C. Hortberg*
                OF COUNSEL