**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; ) <br> A.L., a minor child; M.K., a minor child; ) <br> and M.H., a minor child; ) <br> ) <br>     PLAINTIFFS, ) <br> ) <br> VS. ) <br> ) <br> AUTAUGA COUNTY BOARD OF ) <br> EDUCATION, et al., ) <br> ) <br>     DEFENDANTS. ) | **CASE NO: 2:05-CV-1090-MEF** |

_____

| | |
|---|---|
| B.H., a minor child, by and through his ) <br> mother and next of friend, D.S., ) <br> ) <br>     PLAINTIFFS, ) <br> ) <br> VS. ) <br> ) <br> AUTAUGA COUNTY BOARD OF ) <br> EDUCATION, et al., ) <br> ) <br>     DEFENDANTS. ) <br> ) | **CASE NO: 2:06-CV-0393-MEF** |

**DEFENDANT'S MOTION TO FILE REQUESTED VOIR DIRE UNDER SEAL**

COMES NOW Defendant Autauga County Board of Education and respectfully requests an Order allowing this defendant to file its requested voir dire under seal. In support of this motion, the defendant states as follows:

1. These cases were brought on behalf of the anonymous plaintiff students.

2. This defendant will use the names of the plaintiff students and their parents in

its requested voir dire, to be filed with this Court by Friday, May 18, 2007, pursuant to this Court's Scheduling Order.

3. Therefore, Defendant Autauga County Board of Education requests that it be allowed to file this document under seal so as not to name the plaintiffs in the public Court record.

WHEREFORE, PREMISES CONSIDERED, Defendant Autauga County Board of Education respectfully requests that an Order be entered allowing its requested voir dire to be filed under seal.

Respectfully submitted,

*s/Katherine C. Hortberg*
Mark S. Boardman (ASB-8572-B65M)
*E-mail: mboardman@boardmancarr.com*
Katherine C. Hortberg (ASB-5374-B34K)
*E-mail: khortberg@boardmancarr.com*
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile: (205) 678-0000

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **16th** day of **May, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Mr. Terry C. Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, AL 35749-7009

*s/Katherine C. Hortberg*
OF COUNSEL