IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C., *et al.*, </br></br>  Plaintiffs, </br></br> v. </br></br> AUTAUGA COUNTY BOARD OF EDUCATION, *et al.*, </br></br>  Defendants. | ) ) ) ) ) ) ) ) CASE NO. 2:05-cv-1090-MEF ) ) ) ) ) ) |
| B.H., a minor child by and through his mother and next of friend, D.S., *et al.*, </br></br>  Plaintiffs, </br></br> v. </br></br> AUTAUGA COUNTY BOARD OF EDUCATION, *et al.*, </br></br>  Defendants. | ) ) ) ) ) ) ) ) CASE NO. 2:06-cv-393-MEF ) ) ) ) ) |

**ORDER**

Upon consideration of Defendant's Motion to File Requested Voir Dire Under Seal (Doc. # 121) filed on May 16, 2007, it is hereby ORDERED that the motion is GRANTED.

DONE this the 18th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE