U.S. District Court
Alabama Middle District
Calendar Events Set For **6/4/2007**
Chief Judge Mark E. Fuller, Presiding

**JURY SELECTION - JURY TRIAL**

**A.G., A MINOR CHILD, BY AND THROUGH HER MOTHER AND NEXT FRIEND, K.C., ET AL. VS. AUTAUGA COUNTY BOARD OF EDUCATION, ET AL.
2:05CV1090-MEF**

---

Michael J. Crow and Robert D. Drummond, Jr. representing (Plaintiffs)

Katherine C. Hortbert and Mark S. Boardman representing (Defendants)