American Court Reporting
toll-free (877) 320-1050

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              MIDDLE DISTRICT OF ALABAMA
 3                  NORTHERN DIVISION
 4
 5   CASE NUMBER:  2:05-CV-1090-W
 6
 7   A.G., a minor child; D.A., a minor child;
 8   A.L., a minor child; M.K., a minor child;
 9   and M.H., a minor child,
10         Plaintiff(s),
11   vs.
12   AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH
13   BUTLER and TERRY WRIGHT,
14         Defendant(s).
15
16
17           DEPOSITION TESTIMONY OF:
18          MARIANNE G. ROSENZWEIG, Ph.D.
19
20   March 13, 2007
21   1:00 p.m.
22   COURT REPORTER:
23   Susan A. McLane, CSR, CLR
```

American Court Reporting
toll-free (877) 320-1050

Page 123

```
 1    intermediate or high school level?
 2         A.    No.
 3         Q.    Have you ever been employed to
 4    prepare a policy for any school district,
 5    any public school district?  And I'm going
 6    to refrain that to a school district that
 7    is, you know, elementary, intermediate or
 8    high school level.
 9         A.    No.
10         Q.    Okay.  Have you ever been
11    employed to prepare a policy at the
12    university level?
13         A.    Yes.
14         Q.    When was that?
15         A.    In roughly around 1980.  And
16    then I helped -- I was on the committee
17    that wrote the university's initial sexual
18    harassment policy.  And then I served to
19    review policies and make recommendations --
20    subsequent revisions to that policy over
21    something like seventeen, eighteen years.
22         Q.    What was the name of that
23    committee?
```

www.AmericanCourtReporting.com
March 13, 2007

American Court Reporting
toll-free (877) 320-1050

Page 127

```
 1        Q.    Is that the only input you have
 2   ever had on any institution's sexually
 3   policy?
 4        A.    You mean as an educational
 5   institution?
 6        Q.    Correct.
 7        A.    Yes.
 8        Q.    Okay.  Have there been occasions
 9   where you've had input in other
10   institution's sexual harassment policy?
11        A.    Not of an educational nature?
12        Q.    Correct.
13        A.    Yes.
14        Q.    Okay.  What institutions were
15   those?
16        A.    I have been hired as a
17   consultant twice by -- once was by a local
18   business to review their policy and make
19   recommendations to them.  And also to a
20   social service agency as well to make
21   recommendations.
22        Q.    When you were hired as a
23   consultant on those two occasions, were you
```

www.AmericanCourtReporting.com
March 13, 2007

American Court Reporting
toll-free (877) 320-1050

Page 174

```
 1   those.
 2        A.   Okay.
 3        Q.   And I believe you testified
 4   earlier that you have provided testimony in
 5   other cases in regard to other school
 6   districts' sexual harassment policy,
 7   correct?
 8        A.   Yes, one other case about a
 9   school district.  And then another case
10   that would have been the -- the one about a
11   -- which was -- that wouldn't be a school
12   district, but it was a school setting.
13        Q.   What was the other school
14   district besides Chalkville?
15        A.   Walker County Board.
16        Q.   And so this case, the Chalkville
17   case and the Walker County Board case, are
18   the only three cases in which you've
19   provided your opinion as to the adequacy of
20   a school district's sexual harassment
21   policy?
22        A.   Yes.  Oh, no.  I'm sorry.  That
23   I've given testimony.  Was that -- did you
```

www.AmericanCourtReporting.com
March 13, 2007