**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; ) <br> A.L., a minor child; M.K., a minor child; ) <br> and M.H., a minor child; ) <br> ) <br>     PLAINTIFFS, ) <br> ) <br> VS. ) <br> ) <br> AUTAUGA COUNTY BOARD OF ) <br> EDUCATION, et al., ) <br> ) <br>     DEFENDANTS. ) | CASE NO: 2:05-CV-1090-MEF |

_____

| | |
|---|---|
| B.H., a minor child, by and through his ) <br> mother and next of friend, D.S., ) <br> ) <br>     PLAINTIFFS, ) <br> ) <br> VS. ) <br> ) <br> AUTAUGA COUNTY BOARD OF ) <br> EDUCATION, et al., ) <br> ) <br>     DEFENDANTS. ) <br> ) | CASE NO: 2:06-CV-0393-MEF |

**DEFENDANT'S MOTION FOR
WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

COMES NOW Defendant Autauga County Board of Education and respectfully requests an Order appropriate to the facilitation of the transportation of co-defendant Colonel Terry Wright to the courtroom for the entirety of the trial in this matter. In further support of this motion, the defendant states as follows:

1.    This case is set for trial on this Honorable Court's June 4, 2007 trial docket.

2.Co-defendant Colonel Terry C. Wright is currently detained at Limestone Correctional Facility, Dorm 16, 28779 Nick Davis Road, Harvest, AL 35749-7009. His AIS number is 247561.

3.The presence of Colonel Wright is needed to give testimony in the trial of this case. Colonel Wright is an essential witness in this case.

WHEREFORE, PREMISES CONSIDERED, Defendant Autauga County Board of Education requests a Writ of Habeas Corpus Ad Testificandum directed to the Warden of Limestone Correctional Facility commanding it to produce Co-defendant Colonel Terry Wright before the Court on the first day of trial, and at the conclusion of the proceedings or upon the Court's direction, to return Colonel Wright to the institution from which he was brought.

Respectfully submitted,

*s/Katherine C. Hortberg*
Mark S. Boardman (ASB-8572-B65M)
*E-mail: mboardman@boardmancarr.com*
Katherine C. Hortberg (ASB-5374-B34K)
*E-mail: khortberg@boardmancarr.com*
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile: (205) 678-0000

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this **23rd** day of **May, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Mr. Terry C. Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, AL 35749-7009

*s/Katherine C. Hortberg*
OF COUNSEL