IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.,* | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| B.H., a minor child, by and through his mother and next of friend, D.S., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-0393-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.,* | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of Defendant's Motion for Writ of Habeas Corpus Ad Testificandum (Doc. #140) filed on May 23, 2007, it is hereby

ORDERED that the motion is GRANTED.

The Clerk of Court is DIRECTED to provide a copy of this order to the Alabama Department of Corrections. The persons having custody of Colonel Terry C. Wright are directed to produce him at the civil trial term commencing on June 4, 2007 at 10:00 A.M., One Church Street, Courtroom 2A, Montgomery, Alabama, and thereafter until the trial of the above-styled cause is completed.

DONE this the 24th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE