IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:05-cv-1090-MEF ) |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.*, | ) ) ) |
| Defendants. | ) |

_____

| | |
|---|---|
| B.H., a minor child by and through his mother and next of friend, D.S., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-cv-393-MEF ) |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED as follows:

1. The jury selection and trial scheduled in this matter are CANCELLED.

2. All pending motions are DENIED AS MOOT.

3. The Order (Doc. # 141) granting the Defendant's Motion for Writ of Habeas Corpus Ad Testificandum is VACATED. The Clerk of the Court is DIRECTED to notify the Alabama Department of Corrections that the persons having custody of Colonel Terry C. Wright are no longer required to produce him at the civil trial term.

4. The parties are DIRECTED to appear on June 14, 2007, at 9:00 a.m. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama for a *pro ami* fairness hearing.

A *guardian ad litem* will be appointed by separate order.

DONE this the 25th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE