THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | * * * * * * * * * * * * * * * * * * * CIV. ACT. NO.: 2:05cv1090-MEF |
| B.H., a minor child, by and through his mother and next of friend, D.S., <br><br> Plaintiffs, <br><br> v. <br><br> AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT, <br><br> Defendants. | * * * * * * * * * * * * * * CIV. ACT. NO.: 2:06cv393-SRW |

## MOTION FOR DISMISSAL OF DEFENDANT TERRY WRIGHT

Plaintiffs, pursuant to Rule 41(a)(1) hereby moves the Court for a dismissal of claims against Defendant Terry Wright.

As grounds for their motion, they would show the following:

1.  Defendant Terry Wright has failed to Answer the *Plaintiff's Amended Complaint.*

WHEREFORE, Plaintiffs move the Court to dismiss all claims against Defendant Terry Wright.

   /s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

   /s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Terry Wright, AIS 247561
Limestone Correctional Facility, Dorm 16
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

                                                  /s/Michael J. Crow
                                                  OF COUNSEL