IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | CASE NO. 2:05-cv-1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.,* | ) ) ) | |
| Defendants. | ) | |
| _____ | | |
| B.H., a minor child, by and through his mother and next of friend, D.S., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | CASE NO. 2:06-cv-0393-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.,* | ) ) ) | |
| Defendants. | ) | |

# **O R D E R**

It is further ORDERED that:

1. Mr. Bryan Paul of the law firm of Ball, Ball, Matthews and Novak of Montgomery, Alabama, be appointed *guardian ad litem* to represent and defend the interests of all minor plaintiffs in these proceedings; and

2. Mr. Paul is DIRECTED to appear at 8:30 a.m. on June 14, 2007 in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

The Clerk of the Court is hereby DIRECTED to provide a copy of the Complaint and

this Order to Mr. Paul.

DONE this the 30th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE