IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C., ) ) ) Plaintiff, ) v. ) AUTAUGA COUNTY BOARD OF ) EDUCATION, *et al.,* ) ) Defendants. ) _____ | CASE NO. 2:05-cv-1090-MEF |
| B.H., a minor child, by and through his mother and next of friend, D.S., ) ) ) Plaintiff, ) v. ) AUTAUGA COUNTY BOARD OF ) EDUCATION, *et al.,* ) ) Defendants. ) | CASE NO. 2:06-cv-0393-MEF |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Dismiss Defendant Terry Wright (Doc. #143) filed on May 30, 2007, it is hereby

ORDERED that defendant Terry Wright show cause in writing on or before June 6, 2007 as to why this motion should not be granted.

DONE this the 30th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE