THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| **A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT,** <br><br> **Defendants.** | \* <br> \* <br> \* <br> \* <br> \* <br> \* CIV. ACT. NO.: 2:05cv1090-MEF <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* |
| **B.H., a minor child, by and through his mother and next of friend, D.S.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; DENE CLEVELAND and TERRY WRIGHT,** <br><br> **Defendants.** | \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* CIV. ACT. NO.: 2:06cv393-SRW <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* |

## JOINT MOTION FOR DISMISSAL

**COME NOW** all remaining parties in the above-styled matter and after the hearing and oral Order of June 14, 2007 request this Court to enter an Order dismissing this matter with prejudice in its entirety as to all claims against all parties. As grounds for this motion, the parties state as follows:

1. The settlement of this case has been heard and examined by the Court on the record on June 14, 2007.

2. The parties have come to a mutual agreement in this matter and have agreed to settle all claims, which have been made or could have been made with prejudice. This shall include all pending claims of the plaintiffs including damages, costs, and attorneys; and all claims of the defendants against the plaintiffs for claims of costs and attorney fees, including all cost bills previously entered by the clerk.

**WHEREFORE, PREMISES CONSIDERED,** counsel respectfully requests this Honorable Court enter an Order dismissing all claims, which have made or could have made against all parties with prejudice, with each party bearing its own attorney fees and costs.

Respectfully submitted this the 21st day of June, 2007.

        Respectfully Submitted,

        /s/Mark Boardman
        **MARK BOARDMAN**

**OF COUNSEL:**

**Law Offices of BOARDMAN,
 CARR & HUTCHESON, P.C.**
Post Office Box 382886
Chelsea, Alabama 35238-2886

        /s/Katherine C. Hortberg
**KATHERINE C. HORTBERG**

**OF COUNSEL:**

**Law Offices of BOARDMAN,
 CARR & HUTCHESON, P.C.**
Post Office Box 382886
Chelsea, Alabama 35238-2886

    /s/Michael J. Crow
**MICHAEL J. CROW**
Attorney for Plaintiff's


    /s/Robert D. Drummond
**ROBERT D. DRUMMOND**
Attorney for Plaintiff's

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

**OF COUNSEL:**

Robert D. Drummond, Jr.
323 De LaMare
Fairhope, AL 36532
(251) 990-6249