IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A.G., a minor child, by and through her mother and next of friend, K.C., *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-1090-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |
| B.H., a minor child by and through his mother and next of friend, D.S., *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-393-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court and pursuant to the settlement agreement as approved by the Order on Pro Ami Hearing for Settlement entered on this date, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with

prejudice, each party to bear his, her, or its own costs and expenses.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 22nd day of June, 2007.

_____
CHIEF UNITED STATES DISTRICT JUDGE