IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.G., a minor child; D.A., a minor child; )<br>A.L., a minor child; M.K., a minor child; )<br>and M.H., a minor child; )<br>)<br>PLAINTIFFS, )<br>)<br>VS. )<br>)<br>AUTAUGA COUNTY BOARD OF )<br>EDUCATION, et al., )<br>)<br>DEFENDANTS. ) | CASE NO: 2:05-CV-1090-MEF |

| | |
|---|---|
| B.H., a minor child, by and through his )<br>mother and next of friend, D.S., )<br>)<br>PLAINTIFFS, )<br>)<br>VS. )<br>)<br>AUTAUGA COUNTY BOARD OF )<br>EDUCATION, et al., )<br>)<br>DEFENDANTS. ) | CASE NO: 2:06-CV-0393-MEF |

## SATISFACTION OF JUDGMENT

**COME NOW** the plaintiffs and their attorneys and acknowledge that the judgment in the above-styled cause has been paid and satisfied in full.

Dated this the _27_ day of _JUNE_, 2007.

Respectfully submitted,

*s/ Michael J. Crow*
Michael J. Crow, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160


*s/ Robert D. Drummond, Jr.*
Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532


## CERTIFICATE OF SERVICE

I hereby certify that I have on this 27 day of JUNE, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark S. Boardman, Esq.
Katherine C. Hortberg, Esq.
Boardman, Carr & Hutcheson, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211

Terry C. Wright, AIS 247561
Kilby Correctional Facility
P. O. Box 150
Mt. Meigs, AL 36057


*s/ Michael J. Crow, Esq.*
OF COUNSEL